# EXHIBIT 1

Referee's Findings of Fact

*Nevada Corporate Headquarters, Inc. v. Opinion Corp.*

Justice Court, Las Vegas Township, Case No. 13-A-003332 (Jan. 22, 2014)

## JUSTICE COURT, LAS VEGAS TOWNSHIP
### CLARK COUNTY, NEVADA

Nevada Corporate Headquarters, Cort Christie, Plaintiff
vs.
Pissed Consumer, Media Relations, Defendant(s)

)
)
)
)
)
)
)
)

13A003332

LAS VEGAS JUSTICE COURT
Electronically filed

REFEREE'S FINDINGS OF FACT, CONCLUSIONS OF LAW AND RECOMMENDATIONS

After hearing the above matter, this referee submits the following:

**FINDINGS OF FACT:** Defendant is an information content provider as defined by statute and the comments were not posted by Defendant.

**CONCLUSIONS OF LAW:** Defendant is entitled to §230 immunity. Accordingly, the Motion to Dismiss is Granted. Attorneys' fees are not Recoverable in small claims court. NRS 73.040. No evidence of costs incurred provided.

**REFEREE'S RECOMMENDATIONS:**
[ ] Plaintiff should be awarded _____ in damages and _____ in costs.
[ ] Plaintiff should be awarded nothing against Defendant.
[ ] Confession  [ ] Default  [ ] Dismissed With Prejudice  [ ] Dismissed Without Prejudice
[ ] Plaintiff should be awarded _____ in damages and _____ in costs on Defendant's Counterclaim
    (if applicable)
[ ] Defendant should be awarded _____ in damages and _____ in costs on Defendant's Counterclaim
    (if applicable)
[ ] Defendant should be awarded nothing on Defendant's Counterclaim (if applicable).
[X] Other: Motion to Dismiss granted

DATED: 1/22/14   Referee: [signature]

This form was [ ] HANDED TO [X] MAILED TO [X] THE PARTIES [ ] THE FRONT COUNTER on 1/23/14 by [initials]

### NOTICE

If either Plaintiff or Defendant has failed to appear for the scheduled court date, the party that failed to appear may not file a formal objection. Instead, relief must be sought from the referee who presided on that date.

If both the Plaintiff and Defendant have appeared for hearing before the referee, either party may object to the referee's findings of fact, conclusions of law, and recommendations by filing a formal objection within **5 days** after the receipt of this document. Because of this rule, two outcomes are possible.

(1) A timely objection can be filed, and a justice of the peace will review the matter by a trial de novo before issuing a final judgment.

OR

(2) If a timely objection is not filed, the Court will automatically accept these findings, and this referee's decision will become a judgment. At that time, copies of the final judgment can be obtained at the Justice Court Front Counter and the case can be appealed to District Court. However, a notice of appeal must be filed within **5 days** from the entry of the judgment. (Detailed information relating to small claims appeals is contained in the small claims information packet).

**PLEASE NOTE THAT THIS REFEREE'S DECISION DOES NOT BIND THE PARTIES AND IS NOT ENFORCEABLE IN ANY MANNER UNTIL THE FORMAL OBJECTION PERIOD HAS EXPIRED.**