# **EXHIBIT 2**

Order

*Opinion Corp. v. Nevada Corporate Headquarters, Inc.*

Eighth Judicial District Court for
Clark County, Nevada,
Case No. A-14-698267-C
(December 11, 2014)

Electronically Filed
02/24/2015 11:15:49 AM

CLERK OF THE COURT

**ORDR**
Marc J. Randazza (Nevada Bar No. 12265)
Theresa M. Haar (Nevada Bar No. 12158)
RANDAZZA LEGAL GROUP
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
Telephone: 702-420-2001
Fax: 305-437-7662
ecf@randazza.com
Counsel for Plaintiff
*Opinion Corporation*

DISTRICT COURT
CLARK COUNTY, NEVADA

OPINION CORPORATION., a New York corporation, d/b/a, PISSED CONSUMER,

    Plaintiff,

vs.

NEVADA CORPORATE HEADQUARTERS, INC., a Nevada corporation,

    Defendant.

Case No.: A-14-698267-C
Dept. No.: 30

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ANTI-SLAPP ATTORNEYS' FEES AND COSTS**

On October 9, 2013, Nevada Corporate Headquarters filed suit against Opinion Corp. in Small Claims. On December 16, 2013, Opinion Corp. filed a Special Motion to Dismiss, pursuant to NRS 41.660(1)(a). On January 22, 2014, the Referee granted the Special Motion to Dismiss. However, the Small Claims Referee noted that it was unable to award attorneys' fees. In order to seek recovery of those fees and costs, on March 26, 2014, Opinion Corp. initiated the instant matter, seeking to recover fees, costs, and damages, which are guaranteed under Nevada's Anti-SLAPP Statute, NRS 41.670. On December 11, 2014, after hearing oral argument, this Court granted Opinion Corp.'s Motion for Summary Judgment as to Nevada Corporate Headquarters' liability under the Anti-SLAPP statute.

- 1 -

1  Opinion Corp. filed its Motion seeking recovery of its attorneys' fees and
2  costs pursuant to the Anti-SLAPP Statute, NRS 41.660, et seq. on January 20, 2015.
3  The Motion was electronically filed and served by mail on counsel for Nevada
4  Corporate Headquarters. This matter was originally set for hearing on February 24,
5  2015. After receiving no Opposition to the Motion from Nevada Corporate
6  Headquarters, pursuant to Local Rule 2.20(e), Defendant has been deemed to
7  consent to the granting of the Motion. Therefore, Plaintiff's Motion for Attorneys'
8  Fees and Costs under the Anti-SLAPP Statute is hereby GRANTED.

9  In its Motion for Attorneys' Fees and Costs, Plaintiff requested that the claim
10 of abuse of process be withdrawn should the fees and costs motion be granted.
11 Therefore, Plaintiff's Motion to Withdraw its abuse of process claim is hereby
12 GRANTED.

13 Having reviewed the papers and pleadings on file, the Court hereby finds as
14 follows:

15 Evidence was presented by Plaintiff, which was not rebutted by Nevada
16 Corporate Headquarters, regarding the reasonableness of the attorneys' fees
17 requested.

18 Marc J. Randazza's regular hourly rate of $650 per hour for this matter is
19 reasonable and appropriate pursuant to the evidence submitted, including the
20 Laffey Matrix, expert testimony, and other evidence presented.

21 Ronald D. Green's regular hourly rate of $450 per hour is reasonable and
22 appropriate pursuant to the evidence submitted, including the Laffey Matrix,
23 expert testimony, and other evidence presented.

24 Theresa M. Haar's hourly rate of $360 per hour is reasonable and appropriate
25 pursuant to the evidence submitted, including the Laffey Matrix, expert testimony,
26 and other evidence presented.

27 Jay M. DeVoy's hourly rate of $350 per hour is reasonable and appropriate
28 pursuant to the evidence submitted, including the Laffey Matrix, expert testimony,

and other evidence presented.

Alex J. Shepard's hourly rate of $325 is reasonable and appropriate pursuant to the evidence submitted, including the Laffey Matrix, expert testimony, and other evidence presented.

Laura M. Tucker's hourly rate of $325 per hour is reasonable and appropriate pursuant to the submitted, including the Laffey Matrix, expert testimony, and other evidence presented.

With regard to Plaintiff's Motion for Fees and Costs pursuant to the Anti-SLAPP Statute, NRS 41.660, et seq., the Motion is hereby GRANTED.

Plaintiff is entitled to its reasonable attorneys' fees incurred in the defense of the Small Claims Action in the amount of $22,120.00.

Plaintiff is entitled to its reasonable attorneys' fees incurred in the defense of the instant action in the amount of $57,846.00.

Plaintiff is entitled to a multiplier applied to the fees incurred in the prosecution of this action in the amount of $21,030.00.

Plaintiff is entitled to statutory damages in the amount of $10,000.00.

Plaintiff is entitled to punitive damages in the amount of $66,360.00.

Plaintiff is entitled to costs incurred for the initiation of this Action in the amount of $400.00.

Therefore, based on the foregoing, Plaintiffs are entitled to a total amount of fees and costs of $177,756.00.

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorneys' Fees and Costs is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Withdraw its claim of abuse of process is hereby GRANTED.

Dated this 24 day of February 2015.

_____
DISTRICT COURT JUDGE

- 4 -