# **EXHIBIT 3**

Complaint

*ZCS, Inc. v. Mattos*

Case No. C16-00425

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Collins Mattos

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ZCS, Inc.



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
MAR 02 2016
STEPHEN H. NASH, CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
By_____, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Contra Costa Superior
725 Court Street
Martinez, CA 94553

CASE NUMBER:
*(Número del Caso):*
C16-00425

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Mark W. Lapham St Bar #146352, 751 Diablo Rd, Danville, CA 94526, 925-837-9007

DATE: 3/2/16               Clerk, by _____ S. PASSOT, Deputy
*(Fecha)*                  *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Mark W. Lapham, Esq. (State Bar N. 146352)
751 Diablo Road
Danville, CA 94523

TELEPHONE NO.: 925-837-9007     FAX NO.:
ATTORNEY FOR *(Name):* ZCS, Inc.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, 94553
BRANCH NAME:

CASE NAME:
ZCS, Inc. v Collins Mattos

FILED
MAR 02 2016
STEPHEN H. NASH CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
By_____, Deputy Clerk
S. PASSOT

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [✓] Unlimited  [ ] Limited | [ ] Counter  [ ] Joinder | C16-00425 |
| (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[✓] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary  b. [✓] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* TWO
5. This case [ ] is  [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 03/01/2016

Mark W. Lapham
(TYPE OR PRINT NAME) ▶ _/s/ M.W. Lapham_  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Tel: (925) 837-9007

Attorney for Plaintiff ZCS, Inc.



## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF CONTRA COSTA

| | |
|---|---|
| ZCS, Inc.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Collins Mattos,<br><br>　　　　　　Defendant. | Case No. C16-00425<br><br>Unlimited Civil Case<br><br>**COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF** |

### PARTIES

1. ZCS, Inc., ("Plaintiff") is at all times mentioned herein a California business organized and has always enjoyed a very good business reputation and respect in the community.

2. Defendant Collins Mattos ("Defendant") is an individual that, upon information and belief resides in County of Contra Costa, California.

### PARTIES

3. This Court has jurisdiction over the subject matter of this action. Plaintiff seeks a permanent injunction and/or damages in excess of the jurisdiction minimum of the unlimited jurisdiction of the Superior Court.

4. Venue is proper in the Court because the tortious acts complained of occurred in Contra Costa County and it is believed that the Defendants reside in Contra Costa County, California.

### FACTS COMMON TO ALL ALLEGATIONS

1

5. Upon information and belief, Defendant published false statements on the Internet concerning Plaintiff on the website http://www.pissedconsumer.com, among others.

6. The statements published by Defendant are false, disparaging, impugn Plaintiff's business reputation, and injuriously affect Plaintiff in its trade and profession.

7. These statements include, among others, that Plaintiff:

   a. "is a scam"

   b. "Rip off"

   c. "taken by the thieves"

   d. They "lied"

   e. "lied to my credit card company"

   f. "sold our information"

(a-i collectively hereafter referred to as the "Statements")

The false and libelous Statements are attached hereto as Exhibit A.

## FIRST CAUSE OF ACTION

(Defamation – Libel and Libel Per Se Against All Defendants)

8. Plaintiff incorporates by reference paragraphs 1 through 7, inclusive, as though fully set forth herein, in support of this cause of action.

9. Defendant published false Statements on the Internet websites Pissedconsumer.com and among others stating, among other things, that Plaintiff is a scam.

10. Defendant authored and published the Statements without privilege or authorization.

11. The Statements constitute libel per se as they are false, defamatory, impugn Plaintiff's business reputation, and injuriously affects Plaintiff in its trade and profession.

12. Plaintiff is informed and believes and, upon that basis, alleges that the Statements were written and published with malice in that those publications were made with knowledge of their falsity, or with reckless disregard as to the truth or falsity of the statements. Plaintiff is further informed and believes and, upon that basis, alleges that such publications were specifically directed and communicated to Plaintiff's customers, or individuals considering Plaintiff's services, for the purpose of damaging Plaintiff's reputation.

13. As a direct and proximate result of the Statements, Plaintiff has suffered significant

Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Tel: (925) 837-9007

reputational harm and sustained actual damages including, but not limited to, loss of capital and revenue, lost productivity, expenses incurred, and loss of intangible assets.

## SECOND CAUSE OF ACTION

(Defamation – Libel and Libel Per Se – Application for Permanent Injunction)

14. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1-13 as though set forth fully herein.

15. Defendant published false statements on the Internet websites Pissedconsumer.com and among others things, that Plaintiff is a scam.

16. Defendant authored and published the Statements without privilege or authorization.

17. The Statements constitute libel per se as they are false, defamatory, impugn Plaintiff's business reputation, and injuriously affects Plaintiff in its trade and profession.

18. Plaintiff is informed and believes and, upon that basis, alleges that the Statements were written and published with malice in that those publications were made with knowledge of their falsity, or with reckless disregard as to the truth or falsity of the statements. Plaintiff is further informed and believes and, upon that basis, alleges that such publications were specifically directed and communicated to Plaintiff's customers, or individuals considering Plaintiff's services, for the purpose of damaging Plaintiff's reputation.

19. As a direct and proximate result of the false Statements, Plaintiff has suffered significant reputational harm and sustained actual damages including, but not limited to, loss of capital and revenue, lost productivity, expenses incurred, and loss of intangible assets.

20. Plaintiff requests a permanent injunction halting Defendants continued dissemination of the false statements described herein, and further ordering Defendant to request Google, Bing, Yahoo! and other search engine providers to remove the websites listed from their respective search results. Without a permanent injunction judgment of this Court, Defendants' false statements will continue to cause great and irreparable injury to Plaintiff. Plaintiff has no adequate remedy at law for injuries that they are currently suffering and is threatened to be suffered from these false statements.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF

Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Tel: (925) 837-9007

1. For Injunctive relief, Defendant is:

    (a)    prohibited from creating or publishing statements about Plaintiff or it's officers, managers, employees, business partners, agents, servants, attorneys, representatives, products, goods or services, which defame, disparage, or contain libelous statements about Plaintiff; and

    (b)    ordered to take all action, including but not limited to, requesting removal from the internet search engines including Google, Yahoo!, and Bing, of all defamatory, disparaging, libelous, and false statements about Plaintiff that Defendant has posted on the Internet.

2. For any and all other relief to which the Court determines Plaintiff is entitled.

DATED: ~~Februray~~ March 1ST, 2016.

_(signature)_
Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Telephone:    (925) 837-9007

Attorney for Plaintiff ZCS, Inc.

4

COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF

# EXHIBIT A

All reviews > Professional Services > Nevada Corporate Headquarters 4



# Nevada Corporate Headquarters
## Complaints and Reviews

**0** ISSUES RESOLVED    **4** REVIEWS    **$7.6K** CLAIMED LOSSES

**$3.8K** AVERAGE    **5.2K** VIEWS

Respond to your customers

From mobile    **Nevada Corporate Headquarters**    Jun 09, 2015    by anonymous
#647802

Whatever you do, don't do business with this company. I was taken for 5K to set up an LLC with a Solo k

**Nevada Corporate Headquarters scam**
May 23, 2014    Nevada Corporate Headquarters    Advertising    Business Entities    8    8
👁 1005    REVIEW RATING 5/5

The same thing happened to me in 2012. I was taken for $3,900 by Nevada Corporate Headquarters. But my situation is different and a little more scary, because I believe that this is a new scam that Nevada Corporate Headquarters is pulling. In the summer of a 2012 I went online to find a place that could help us to buy a business. I found Nevada Corporate Headquarters, but I didn't do my due...

Was this review helpful?  6 ↓

### Nevada Corporate Headquarters Rip Off

Nov 21, 2011    Nevada Corporate Headquarters    Professional Services    Norristown, Pennsylvania
Credit Builder And Trust    4    4    551    REVIEW RATING 1/5

I paid $2500 to Nevada Corporate Headquarters to build my business credit. They built my credit to a 90 score which meant absolutely nothing. I've not been able to get any additional business lines of credit. Once they get your money they don't care. I paid $1200 to set up a trust. They neglected to tell me the trust was for me only. My domestic partner of many years would not be included....

Was this review helpful?  6 ↑  22 ↓

### Nevada Corporate Headquarters Fraud Alert

Sep 03, 2010    Nevada Corporate Headquarters    Loans and Mortgages    Las Vegas, Nevada
Business Credit Incorporation Services    17    17    3049    REVIEW RATING 5/5

Nevada Corporate Headquarters GOES BY MANY DIFFERENT NAMES like Nevada State Corporate Network or Zapper Credit Special to avoid the blogs and complaints written by all the victims they have SCAMMED. I am a small business owner who was taken by the THIEVES at NEVADA CORPORATE HEADQUARTERS for $4,000 of my hard earned dollars. I heard their ads and called them for more information Nevada...

Was this review helpful?  10 ↑  24 ↓

#### Had an experience with Nevada Corporate Headquarters?

Write a review



Add photo

Did not find what you were looking for?

**Professional Services Reviews**



"I bought a Groupon, good right? Went to use it and was told nope, it isn't good but they'd honor it if I upgraded. I planned on it anyways so..."



"I have been charged by PTB media even though i have tried to cancel subscription. Can't seem to cancel it and it has been going on for months.. ..."



"Nine9 was once One Source Talent. Same company..... Same employees.... Same SCAM. :-( I went to one of their cattle calls a couple years ago. Showed up, watched some movie with..."

Nevada Corporate Headquarters has been providing business optimization services in USA for more than 15 years. The company has clients all over the world and obtains new ones with the help of referral program. Nevada Corporate Headquarters assists in corporate planning of large corporations and individual clients. Bookkeeping, tax returns, capital raising and other activities are provided together with the satisfaction guarantee from the Nevada Corporate Headquarters. It takes the company from 2 to 4 days to form a corporation and only 60 seconds to check a corporate name. One of the company's directions is forming a business credit for the clients. Another one is called NCH Affiliate Program which offers its participants various benefits, such as referral business cards, free web page and 10% referral fees.

Please try to contact Nevada Corporate Headquarters Customer Service directly prior to posting any complaints on this site.

Incorrect company description? Suggest changes

## Companies similar to Nevada Corporate Headquarters

Vitalchek  453 reviews

Gallagher Bassett  364 reviews

One Source Talent  322 reviews

My Perfect Resume  187 reviews

Davison Inventions  181 reviews

## Recently Discussed Reviews

*The College Network* - CLASS ACTION LAW SUIT AGAINST TCN COLLEGE NETWORK NURSING
2 minutes ago

*Guess* - Bought a few sale items
2 minutes ago

*Frontier Airlines* - Review about Class Action Lawsuit from Atlanta, Georgia
3 minutes ago

Sample Scam on *Bella Fleur* products
4 minutes ago

*Rooms To Go* TV Package is a Scam
6 minutes ago