# EXHIBIT 4

Stipulation for Final Judgment
and Permanent Injunction

*ZCS, Inc. v. Mattos*

Case No. C16-00425

1  Mark W. Lapham, Esq. (State Bar No. 146352)
   751 Diablo Road
2  Danville, CA 94526
   Telephone: (925) 837-9007
3
4  Attorney for Plaintiff ZCS, Inc.

5

6                SUPERIOR COURT OF CALIFORNIA

7

8
                 FOR THE COUNTY OF CONTRA COSTA
9

10
    ZCS, Inc.                          Case No. C16-00425
11
              Plaintiff,               UNLIMITED CIVIL CASE
12
        vs.                            **STIPULATION FOR FINAL JUDGMENT
13                                     AND PERMANENT INJUNCTION**
    Collins Mattos
14
              Defendants.
15

16                      **PARTIES**
                                              **BY FAX**
17

18      This Stipulation for Final Judgment and Permanent Injunction ("Stipulation") is entered

19 into by and between Plaintiff ZCS, Inc. ("Plaintiff") and Defendant Collins Mattos ("Defendant").

20 Plaintiff and Defendant collectively referred to herein as the "Parties." The Parties hereby

21 stipulate that:

22      1.   This Court has jurisdiction of the subject matter hereof and of the Parties to this

23 Stipulation;

24      2.   Defendant received a copy of the Summons and Complaint at his residence and by

25 hand delivery on March 02, 2016 and that pursuant to Code of Civil Procedure § 415.20(b) was

26 properly served with notice of this action;

27      3.   Defendant unlawfully published statements about Plaintiff on the Internet, which

28 are false, defamatory, and constitute libel per se, and that him doing so was wanton, willful, and

---
STIPULATION FOR FINAL JUDGMENT AND PERMANENT INJUNCTION

malicious;

4. Defendant agrees to him being enjoined from further false publications regarding Plaintiff, and in taking the necessary actions to remove his past false statements from the Internet;

5. The attached Final Judgment and Permanent Injunction (the "Judgment") may be entered by any judge of the Contra Costa County Superior Court and should be entered by the Court in furtherance of this Stipulation;

6. The Parties hereby waive their right to move for a new trial or otherwise seek to set aside the Judgment through any collateral attack, and further waive their right to appeal from the Judgment, except that the Parties both agree that this Court shall retain jurisdiction for the enforcement of, compliance with, or punishment of violations of the Judgment attached herewith;

7. Defendant will accept service of any Notice of Entry of Judgment entered in this action by delivery of such notice via regular mail to his residence; and

8. Each party is to bear their own costs and attorney's fees.

**IT IS SO STIPULATED**

Dated: March 3-1, 2016

By: _____
Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526

Dated: March 3, 2016

_____
Collins Mattos

Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Tel: (925) 837-9007