# **EXHIBIT 5**

*Hair Solutions, Inc. v. Radonich*

Case No. C16-00011

1  Owen T. Mascott, Esq. (State Bar No. 134243)
   675 Ygnacio Valley Rd., Suite B213
2  Walnut Creek, CA 94596
   Telephone: (925) 935-5005
3
4  Attorney for Plaintiff Hair Solutions, Inc.



FILED

2016 JAN 14  P 4: 04

STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
BY: _____ D. W._____
DEPUTY CLERK

D. WAGNER

5
6
7                SUPERIOR COURT OF CALIFORNIA
8
9              FOR THE COUNTY OF CONTRA COSTA
10
11 Hair Solutions, Inc.                    Case No. C16-00011
12              Plaintiff,                  UNLIMITED CIVIL CASE
13     vs.                                  **STIPULATION FOR FINAL JUDGMENT
                                            AND PERMANENT INJUNCTION**
14 John Radonich,
15              Defendants.
16
                            **PARTIES**
17
18     This Stipulation for Final Judgment and Permanent Injunction ("Stipulation") is entered

19 into by and between Plaintiff Hair Solutions, Inc. ("Plaintiff") and Defendant John Radonich

20 ("Defendant"). Plaintiff and Defendant collectively referred to herein as the "Parties." The Parties

21 hereby stipulate that:

22     1.     This Court has jurisdiction of the subject matter hereof and of the Parties to this

23 Stipulation;

24     2.     Defendant received a copy of the Summons and Complaint at his residence and by

25 hand delivery on January 8, 2016 and that pursuant to Code of Civil Procedure § 415.20(b) was

26 properly served with notice of this action;

27     3.     Defendant unlawfully published statements about Plaintiff on the Internet, which

28 are false, defamatory, and constitute libel per se, and that his doing so was wanton, willful, and

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

BY FAX

malicious;

    4.      Defendant agrees to him being enjoined from further false publications regarding Plaintiff, and in taking the necessary actions to remove his past false statements from the Internet;

    5.      The attached Final Judgment and Permanent Injunction (the "Judgment") may be entered by any judge of the Contra Costa County Superior Court and should be entered by the Court in furtherance of this Stipulation;

    6.      The Parties hereby waive their right to move for a new trial or otherwise seek to set aside the Judgment through any collateral attack, and further waive their right to appeal from the Judgment, except that the Parties both agree that this Court shall retain jurisdiction for the enforcement of, compliance with, or punishment of violations of the Judgment attached herewith;

    7.      Defendant will accept service of any Notice of Entry of Judgment entered in this action by delivery of such notice via regular mail to his residence; and

    8.      Each party is to bear their own costs and attorney's fees.

**IT IS SO STIPULATED**

Dated: January 13, 2016

By: _Owen Mascott_

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596

Dated: January 13, 2016

John Radonich

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

2

STIPULATION FOR FINAL JUDGMENT AND PERMANENT INJUNCTION

1   Owen T. Mascott, Esq. (State Bar No. 134243)
2   675 Ygnacio Valley Rd., Suite B213
    Walnut Creek, CA 94596
3   Telephone: (925) 935-5005

4   Attorney for Plaintiff Hair Solutions, Inc.

5

6

7

8                    SUPERIOR COURT OF CALIFORNIA

9

10                  FOR THE COUNTY OF CONTRA COSTA

11

12   Hair Solutions, Inc.

13              Plaintiff,                    Case No. C16-00011

14        vs.                                UNLIMITED CIVIL CASE

15   John Radonich;                          **FINAL JUDGMENT AND PERMANENT**
                                             **INJUNCTION**
16
                Defendants.
17

18
19        Pursuant to the Stipulation agreed to by the and between the parties to the above-
20   captioned action Plaintiff Hair Solutions, Inc. ("Plaintiff") and Defendant John Radonich
     ("Defendant"), and good cause appearing therefore,
21
22        IT IS HEREBY ORDERED THAT:

23        1.    This Court has jurisdiction of the subject matter hereof and the parties hereto.

24        2.    Venue is proper in this County.

25        3.    Defendant received a copy of the Summons and Complaint on January 8, 2016 and
     was properly served and received notice of this action.
26
27        4.    Defendant John Radonich unlawfully published Defamatory Statements (defined
     below in paragraph 6) about Plaintiff on the Internet on the website pissedconsumer.com which
28

---

FINAL JUDGMENT AND PERMANENT INJUNCTION

are false, defamatory, and constitute libel and slander per se, and that his doing so was wanton, willful, and malicious.  (See Defendant's Statement Under Oath Attached hereto as Exhibit A).

5.      Defendant John Radonich is ordered to take all actions necessary to remove any Defamatory Statements published by him from the Internet, including but not limited to, requesting removal of the Defamatory Statements from the website where they are posted and from the Internet search engines, including Google, Yahoo!, and Bing the URLs (defined below) where the Defamatory Statements are published.  The Defamatory Statements currently appear at the following URLs (the "Defamatory URLs"):

    a.   http://keranique.pissedconsumer.com/

6.      The "Defamatory Statements" include, among others, that:

    a.   "they suck"

    b.   "the representative was rude and not helpful"

    c.   stated that "These people are a rip off in the finest order"

    d.   "worst customer service ever"

    e.   "A scam"

    f.   "I was ripped off"

    g.   "I was tricked"

    h.   "Deceptive Trade Practices, Internet Fraud, False Advertising, Credit Card Fraud"

7.      Defendant John Radonich published the Defamatory Statements using several names and aliases, including, but not limited to:

8.      Defendant John Radonich is ordered to take all necessary action to remove the Defamatory URLs listed in paragraph 5a and 6 above from Google search engine platforms in the United States (http://www.Google.com), United Kingdom (http://www.Google.co.uk), and Canada (http://www.Google.ca), and shall request removal of the Defamatory Statements from each Google platform so they are removed from these search results on each service.

9.      Defendant John Radonich is ordered to take all necessary action, including

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

2

requesting removal from webmasters, Internet service providers, and the Internet search engines Google, Yahoo!, and Bing, to remove any additional webpages in the future on which defamatory Statements and/or URLs referenced above in paragraph 5 and 6 of this judgment are referenced and/or republished, including but not limited to index, directory, and search results pages.

10.    Jurisdiction is retained by the Court for the purpose of enabling any party to the Judgment to apply to the Court at any time for such further orders and directions as may be necessary or appropriate for the construction of or the carrying out of this Judgment, for the modification of any of the injunctive provisions hereof, for enforcement of compliance herewith, and for the punishment of violations hereof, if any, as well as to enforce the terms and conditions of this Injunction, pursuant to Code of Civil Procedure §664.6, until defendants' performance thereunder is complete.

11.    The clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED**

_____
JUDGE OF THE SUPERIOR COURT

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ynacio Valley Rd., Suite B213
Walnut Creek, CA, 94596
Tel: (925) 935-5005

3

FINAL JUDGMENT AND PERMANENT INJUNCTION

# EXHIBIT A

## EXHIBIT A

## SWORN STATEMENT OF DEFENDANT JOHN RADONICH

State of _CALIFORNIA_            )

County of _ALAMEDA_            )     SS:
                      )

I, John Radonich, first being duly sworn, state the following:

1. I am over 18 years of age, have personal knowledge of the facts set forth below, and am otherwise fully competent to testify to the matters set forth herein.

2. I published several false and derogatory statements about Hair Solutions, Inc. on the Internet website http://www.pissedconsumer.com/ at the following URL: http://kerinique.pissedconsumer.com/

3. The false statements I published about Hair Solutions, Inc. include, among others, that the Company:

   a. "they suck"

   b. "the representative was rude and not helpful"

   c. stated that "these people are a rip off in the finest order"

   d. "worst customer service ever"

   e. "a scam"

   f. "I was ripped off"

   g. "I was tricked"

   h. "Deceptive Trade Practices, Internet Fraud, False Advertising, Credit Card Fraud"

4. I currently do not have access to the websites where the Statements are published to unpublished the Statements or otherwise take down this material.

5. I am making the above statements under my own free will without any coercion or duress from any party.

I hereby represent that the information set forth above is true and complete to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT

*[signature]*

JOHN RADONICH

SWORN TO BEFORE ME and subscribed in my presence on this _9_ day of _JAN_, 2016.

*[notary stamp]*
ARRON W. STANLEY
Commission No. 1981271
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
My Comm. Expires JULY 4, 2016

*[signature]* NOTARY PUBLIC

See CA JURAT

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Alameda_                                    } s.s.

Subscribed and sworn to (or affirmed) before me on this __9__ day of __Jan__
                                                                              Month

20 _16_, by __John   Radovich__                                    and
                                Name of Signer (1)

_____, proved to me on the basis of
              Name of Signer (2)

satisfactory evidence to be the person(s) who appeared before me.

_____                    **ARRON W. STANLEY**
Signature of Notary Public                      Commission No. 1981271
                                                NOTARY PUBLIC-CALIFORNIA
                                                ALAMEDA COUNTY
                                                My Comm. Expires JULY 4, 2016

For other required information (Notary Name, Commission No. etc.)                    Seal

──────────────── OPTIONAL INFORMATION ────────────────

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

Description of Attached Document

The certificate is attached to a document titled/for the purpose of

|  |
|--|
|  |

containing _____ pages, and dated - _____

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification  ○ credible witness(es)

Notarial event is detailed in notary journal on:

Page # _____  Entry # _____

Notary contact: _____

Other
☐ Affiant(s) Thumbprint(s)  ☐ Describe: _____

© 2009-2015 Notary Learning Center - All Rights Reserved  .  You can purchase copies of this form from our web site at: www.TheNotarysStore.com

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

HAIR SOLUTIONS VS. RADONICH

NOTICE OF CASE MANAGEMENT CONFERENCE            CIVMSC16-00011

1.  NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE:  05/26/16      DEPT:  09      TIME:   9:00

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION
SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK
STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES
SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY
OF RECORD MUST APPEAR.

2.  You may stipulate to an earlier Case Management Conference.  If
all parties agree to an early Case Management Conference, please
contact the Court Clerk's Office at (925)646-4099 for Unlimited Civil
and Limited Civil cases for assignment of an earlier date.

3.  You must be familiar with the case and be fully prepared to par-
ticipate effectively in the Case Management Conference and to discuss
the suitability of this case for the EASE Program, private mediation,
binding or non-binding arbitration, and/or use of a Special Master.

4.  At any Case Management Conference the court may make pretrial
orders including the following:

    a.  an order establishing a discovery schedule
    b.  an order referring the case to arbitration
    c.  an order transferring the case to limited jurisdiction
    d.  an order dismissing fictitious defendants
    e.  an order scheduling exchange of expert witness information
    f.  an order setting subsequent conference and the trial date
    g.  an order consolidating cases
    h.  an order severing trial of cross-complaints or bifurcating
        issues
    i.  an order determining when demurrers and motions will be filed

                          SANCTIONS
If you do not file the Case Management Conference Questionnaire or
attend the Case Management Conference or participate effectively in
the Conference, the court may impose sanctions (including dismissal of
the case and payment of money).

        Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this
action, and that I delivered or mailed a copy of this notice to the
person representing the plaintiff/cross-complainant.

Dated:  01/07/16

                              D. WEBER
                              Deputy Clerk of the Court

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)



**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED

2016 JAN -7  A 10: 25

STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA

BY:_____
DEPUTY CLERK

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

John Radonich

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Hair Solutions Inc.

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | **CASE NUMBER:** |
| *(El nombre y dirección de la corte es):*  Martinez Superior Court | *(Número del Caso):* **16 - 00011** |

725 Court Street
Martinez, CA 94553

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Owen T. Mascott, St Bar #134243, 675 Ygnacio Valley Rd. St B213, Walnut Creek CA 94596, 925-935-5005

| DATE:   JAN 07 2016 | Clerk, by | , Deputy |
| *(Fecha)* | *(Secretario)*   D. WEBER | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☑ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

| | | Page 1 of 1 |
| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov |

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

Attorney for Plaintiff Hair Solutions, Inc.

FILED

2016 JAN -7  A 10: 25

STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA   D. WEBER
BY
DEPUTY CLERK

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF CONTRA COSTA

C16 - 00011

| | |
|---|---|
| Hair Solutions, Inc. | Case No. |
| Plaintiffs, | Unlimited Civil Case |
| vs. | **COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF** |
| John Radonich, | |
| Defendant. | PER LOCAL RULE 5 THIS CASE IS ASSIGNED TO DEPT ___ |

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

/COPUT
0093
435

## PARTIES

1.    Hair Solutions, Inc. ("Plaintiff") is at all times mentioned herein a California business organized and has always enjoyed a very good business reputation and respect in the community.

2.    Defendant John Radonich ("Defendant") is an individual that, upon information and belief resides in County of Contra Costa, California.

## PARTIES

3.    This Court has jurisdiction over the subject matter of this action. Plaintiff seeks a permanent injunction and/or damages in excess of the jurisdiction minimum of the unlimited jurisdiction of the Superior Court.

4.    Venue is proper in the Court because the tortious acts complained of occurred in Contra Costa County and it is believed that the Defendants reside in Contra Costa County, California.

## FACTS COMMON TO ALL ALLEGATIONS

1

BY FAX

5.     Upon information and belief, Defendant published false statements on the Internet concerning Plaintiff on the website http://keranique.pissedconsumer.com/, among others.

6.     The statements published by Defendant are false, disparaging, impugn Plaintiff's business reputation, and injuriously affect Plaintiff in its trade and profession.

7.     These statements include, among others, that Plaintiff:

a.   "they suck"

b.   "the representative was rude and not helpful"

c.   stated that "These people are a rip off in the finest order"

d.   "worst customer service ever"

e.   "A scam"

f.   "I was ripped off"

g.   "I was tricked"

h.   "Deceptive Trade Practices, Internet Fraud, False Advertising, Credit Card Fraud"

(a-i collectively hereafter referred to as the "Statements")

The false and libelous Statements are attached hereto as Exhibit A.

## FIRST CAUSE OF ACTION

(Defamation – Libel and Libel Per Se Against All Defendants)

8.     Plaintiff incorporates by reference paragraphs 1 through 7, inclusive, as though fully set forth herein, in support of this cause of action.

9.     Defendant published false Statements on the Internet websites pissedconsumer.com, among others stating, among other things, that Plaintiff is a scam.

10.     Defendant authored and published the Statements without privilege or authorization.

11.     The Statements constitute libel per se as they are false, defamatory, impugn Plaintiff's business reputation, and injuriously affects Plaintiff in its trade and profession.

12.     Plaintiff is informed and believes and, upon that basis, alleges that the Statements were written and published with malice in that those publications were made with knowledge of their falsity, or with reckless disregard as to the truth or falsity of the statements.  Plaintiff is further informed and believes and, upon that basis, alleges that such publications were specifically directed and communicated to Plaintiff's

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

    1.  For Injunctive relief, Defendant is:

        (a)    prohibited from creating or publishing statements about Plaintiff or it's officers, managers, employees, business partners, agents, servants, attorneys, representatives, products, goods or services, which defame, disparage, or contain libelous statements about Plaintiff; and

        (b)    ordered to take all action, including but not limited to, requesting removal from the internet search engines including Google, Yahoo!, and Bing, of all defamatory, disparaging, libelous, and false statements about Plaintiff that Defendant has posted on the Internet.

    2. For any and all other relief to which the Court determines Plaintiff is entitled.

DATED:      January **07**, 2016.

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Telephone:    (925) 935-5005

Attorney for Plaintiff Hair Solutions, Inc.

4

# EXHIBIT A

All reviews > Cosmetics and Toiletries > Keranique 614



# Keranique
## Complaints and Reviews

| Reviews | About | Ratings | Competitors | Locations | Products |
|---------|-------|---------|-------------|-----------|----------|

*Had an experience with Keranique? Write a review*

★ ★ ★ ★ ★

## 1.6

Based on 176 reviews
Compare to others

💼

Respond to your customers

**➕ Custo like**   **➖ Cust don't like**

Time wasti
2

Su prodt
1

Your prodt
1

Terrik custo servic
22

Price
17

Mani
8

**Submit >**

0 ISSUES RESOLVED

614 REVIEWS

$40.5K CLAIMED LOSSES

$207 AVERAGE

630K VIEWS

### Keranique - Unhappy

18 hours ago    📊 Keranique    🏛 Cosmetics and Toiletries    📍 San Francisco, California    👁 104
REVIEW RATING 3/5

I signed up for the free trail and was charged 163.90 believing I would only pay shipping and handling. I received a letter telling me to pay 79.95 after they took the 83.90 out of my account . The letter threatens my credit, even though this is the first bill. The letter also states I can pay on-line. I cannot pay on-line, there is no place to pay it. To top it off the product did nothing for...

Was this review helpful?  **0** ↑ **0** ↓

### Keranique - Review in Cosmetics and Toiletries category from Mountain View Acres, California

22 hours ago    📊 Keranique    🏛 Cosmetics and Toiletries    📍 Mountain View Acres, California
📦 Trail Kit    👁 57    REVIEW RATING 4/5

The customer service representative was very rude and disrespectful. I tried cancelling the order or the product 2 months ago and was told it would be taken care of. I just saw today I got charged twice for the products. This gave me a huge overdraft in my bank account and an overdraft fee on top of it. I called again, and the representative was rude and not helpful at all. Very disappointed in...

Was this review helpful?  **0** ↑ **0** ↓

### Keranique - Review in Cosmetics and Toiletries category from Leeds, Alabama

2 days ago    📊 Keranique    🏛 Cosmetics and Toiletries    📍 Leeds, Alabama    👁 377
REVIEW RATING 4/5

They suck!!!!! I signed up to try the shampoo and conditioner and received the other root stimulater and volumizer and ibalso got the vitamins. Not only did the products not work, they never explained that i HAD to return the bottles empty or not or i would still be charged even if i cancelled before my trial was over and now they are sending me bills for this ***!!!!!! AND their customer service...

Was this review helpful?  **2** ↑ **1** ↓

## Keranique – Review in Cosmetics and Toiletries category from Fallbrook, California

Jan 02   📠 Keranique   🔲 Cosmetics and Toiletries   ♀ Fallbrook, California   👁 575
REVIEW RATING 5/5

I was very interested in this product and was about to order however due yo credit dwtails asked online i decided not to through not long after i received a call regarding not completing my order i told the lady i wasnt interested and hung up 10 minutes later i got another call from them asking for my credit card details told the guy not interested then i received a call at 3am i asked to have my...

Was this review helpful?  **1 ↑ 0 ↓**

## Keranique – Rort

Jan 02   📠 Keranique   🔲 Cosmetics and Toiletries   ♀ Manly, New South Wales
💷 Follicle Boosting Serum   👁 322   REVIEW RATING 5/5

I have never felt so enraged on the phone to a customer 'service' consultant in my life. Talk about *** artist professionals. I had read the fine print luckily. These people are a rip off in the finest order. They do not listen to you. They try to charge you double. They assess you as an ***. Then they insult you further by trying to sell you another product. Never order from these...

Was this review helpful?  **3 ↑ 0 ↓**

## Review about Keranique Hair Care Product from Rochester, Minnesota

Dec 31, 2015   📠 Keranique   🔲 Cosmetics and Toiletries   ♀ Rochester, Minnesota
💷 Keranique Hair Care Product   👁 790   REVIEW RATING 5/5

Im almost bald headed I have been using this product for about 7months I got results in the form of hair loss im amost bald headed from using this product.when I called in to tell them my results the person told me the product can't grow dead hair,so the product works like this, it suppose to take away dead hair and the hair is suppose to grow back fuller and longer, well I'm still waiting for...

Was this review helpful?  **3 ↑ 4 ↓**

From mobile   📠 Keranique   Dec 31, 2015   by anonymous   #761469

I used Kerinique for 4 months and I'm saddened and depressed that my hair especially the crown of my head fell out!! I stop using because the itching was unbearable!!! And felt my hair growing thin!! No I'm literally bald!!! Thanks to KERINIQUE I'm bald and depressed!!

## Keranique – Don't be duped like I was by low sample cost.

Dec 30, 2015   📠 Keranique   🔲 Cosmetics and Toiletries   ♀ Madison, Indiana   💷 Keranique Free Trial
👁 458   REVIEW RATING 5/5

I ordered a sample for a few dollars and received it. Before I had a chance to try it, I was billed 59.95 and received vitamins. I have made calls concerning this and received a confirmation number for cancellation of any further charges or shipments. But today I noticed on my visa account that I had a $59.71 charge for keranique. So that means another phone call to try to get things...

Was this review helpful?  2 ↑ 1 ↓

## Keranique - Extortion at it's BEST!!!!

Dec 29, 2015   📠 Keranique   👤 Cosmetics and Toiletries   ♀ Little Falls, New Jersey
📑 Keranique Hair Rejuvenation System   👁 418   REVIEW RATING 5/5

If you want garbage that A) Doesn't work and B)You will pay a lot of money for that wasn't clearly stated in the fine print, then this is for you. I got the free trial and then I was charged $79.95 for a second package I didn't want and then told I have a balance of $179. WTF!!!! I am extremely pissed and will make sure this doesn't happen to anyone else. I will make sure I post all over...

( marketing misrepresentation  4 )

Was this review helpful?  2 ↑ 0 ↓

## Keranique - Money taken out of my account without my authorization!

Dec 28, 2015   📠 Keranique   👤 Cosmetics and Toiletries   ♀ Lancaster, South Carolina
📑 Keranique Hair Care Product   💬 3   💬 3   👁 334   REVIEW RATING 5/5

I fell in the same trap as the other people writing complaints. You had better put the $79.95 back into my account. I don't want this garbage and I will not stop until you put into my account what you took out without authorization! I never saw anything about having to join a beauty club until I received the supposed sample which I paid $3.95 for. The packing slip is the first I knew about...

Was this review helpful?  3 ↑ 0 ↓

## Review about Keranique Free Trial from Rhodes, New South Wales

Dec 28, 2015   📠 Keranique   👤 Cosmetics and Toiletries   ♀ Rhodes, New South Wales
📑 Keranique Free Trial   👁 520   REVIEW RATING 5/5

Total ***. I ordered a DISCOUNTED (not free) trial and carefully read the website before signing up just for the piece of mind knowing I had read that fine print. Then surprise surprise I received my products nearly three weeks later- despite paying extra for express shipping that promised to take 2 business days, and on the receipts there was brand new fine print not shown anywhere on their...

Was this review helpful?  5 ↑ 0 ↓

**KERANIQUE need to stop shiments**
Dec 25, 2015   📠 Keranique   🏬 Cosmetics and Toiletries   📍 Marion, Indiana
📠 Keranique Cancellation Policy   💬 2   💬 2   👁 358   REVIEW RATING 5/5

My wife (YANG BALDINGER) has passed away. She was the one purchasing this item. PLEASE STOP THESE SHIPMENTS!!!!!!! PLEASE STOP THESE SHIPMENTS!!!!!!! PLEASE STOP THESE SHIPMENTS!!!!!!! PLEASE STOP THESE SHIPMENTS!!!!!!! PLEASE STOP THESE SHIPMENTS!!!!!!! PLEASE STOP THESE SHIPMENTS!!!!!!! PLEASE STOP THESE SHIPMENTS!!!!!!!...

Was this review helpful?   2 ⬆   0 ⬇

From mobile   🏢 **Keranique**   Dec 23, 2015   by anonymous   #757257

Worst customer service ever. A scam. Renewed order after 2 months and billed my card despite calling to cancel. Doesn't work and refused to accept return. Was told it could take 1 month to refund my Visa card even though 2nd package was not accepted COD.

**Review about Keranique Free Trial from Macquarie Park, New South Wales**
Dec 22, 2015   🏢 Keranique   🏬 Cosmetics and Toiletries   📍 Macquarie Park, New South Wales
📠 Keranique Free Trial   💬 1   💬 1   👁 366   REVIEW RATING 4/5

$70, $111, $2 taken out from my account today. I don't even ordered your product. I just tried your free trial and I tried it once it's disgusting my hair starts to fall

Was this review helpful?   0 ⬆   0 ⬇

From mobile   🏢 **Keranique**   Dec 18, 2015   by anonymous   #753736

I'd like to know why 69$ was taken out of my account after I bought a trial pack for 2$ and have not purchased anything else??? I'd like my money back or I will be suing

**Review about Keranique Free Trial from Litchfield Park, Arizona**
Dec 17, 2015   🏢 Keranique   🏬 Cosmetics and Toiletries   📍 Litchfield Park, Arizona
📠 Keranique Free Trial   💬 1   👁 629   REVIEW RATING 5/5

If i dont get my money back im taking them to court as all you guys are saying you got a free trail for 4 dollars 30 days wasn't even up ad they charge us full price thats false promises the guy told me it wouldn't cost to return if i have to pay anything out my pocket im sueing i wanted to try something different for my hair to help it grow thicker and longer the stuff made my hair dry and...

Was this review helpful?   2 ⬆   1 ⬇

From mobile    🏢 <u>Keranique</u>    Dec 17, 2015    👤 <u>Ss1425</u>    #753086

I was ripped off by Keranique seward.s@sbcglobal.net. I tried to trial version 3.98 and went to us to return product.they said it must go regular mail. There is no return warehouse it is destroyed and this is what they tell you to get your money. Big ripoff company

## Keranique - RIP OFF
Dec 16, 2015   🏢 <u>Keranique</u>    🏛 <u>Cosmetics and Toiletries</u>    📍 <u>Waterford, New Jersey</u>
💾 <u>Keranique Hair Care Product</u>    👁 621    REVIEW RATING 5/5

I used then product for almost a year,my hair started to get thinner,not what i expected.I told them not to keep sending the product because it was to expensive and my hair was falling out.I tried to call but they said i had to pay for the shipping that was sent that i never opened.I called my credit card to complain now i'm waiting to hear what will happen.Did anyone lose hair,it was it just me...

Was this review helpful? **3** ↑ **0** ↓

From mobile    🏢 <u>Keranique</u>    Dec 15, 2015    by anonymous    #751800

There are very terrible side effects to this product that they fail to explain to you even when u ask. Then when u find out u have to pay to return the product. A big fraud.

## Review about Keranique Hair Care Product from Erie, Pennsylvania
Dec 15, 2015   🏢 <u>Keranique</u>    🏛 <u>Cosmetics and Toiletries</u>    📍 <u>Erie, Pennsylvania</u>
💾 <u>Keranique Hair Care Product</u>    👁 519    REVIEW RATING 4/5

So terrible I hate this company more then anything, so I revived the product, used it for about a week wasn't really for me so I sent it back, as I shipped it back I got a tracking, within 4 days the package was there it said arrived. So I threw my my receipt away not thinking anything of it well now there over drafting my back account saying they didn't receive it and I have to prove that they...

Was this review helpful? **1** ↑ **3** ↓

‹ Prev    **1**    **2** of 62    **3**    **4**    **5**   ...   **62**    Next ›

Did not find what you were looking for?

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Road, Suite B213
Walnut Creek, CA 94596

TELEPHONE NO.: 925-935-5005    FAX NO.: 925-237-8839
ATTORNEY FOR *(Name):* Hair Solutions Inc.

FOR COURT USE ONLY

FILED

2016 JAN -7 A 10: 25

STEPHEN H. NASH
CLERK SUPERIOR COURT
CONTRA COSTA CA
BY: D. WEBER
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, 94553
BRANCH NAME:

CASE NAME:
Hair Solutions Inc. v John Radonich

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | **C16 - 00011** |
| | | | JUDGE: |
| | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[✓] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[✓] monetary  b.[✓] nonmonetary; declaratory or injunctive relief  c.[ ] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is [✓] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 01/07/2016
Owen T. Mascott
(TYPE OR PRINT NAME)

▶ *Owen Mascott*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

**BY FAX**