# **EXHIBIT 6**

*ADN, LLC v. Morean*

Case No. C16-00119

1   Owen T. Mascott, Esq. (State Bar No. 134243)
    675 Ygnacio Valley Rd., Suite B213
2   Walnut Creek, CA 94596
    Telephone: (925) 935-5005
3
    Attorney for Plaintiff ADN, LLC
4



FEB 05 2016

STEPHEN H. NASH, CLERK
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA

By _____ Deputy Clerk

5

6                   SUPERIOR COURT OF CALIFORNIA
7
8
9                   FOR THE COUNTY OF CONTRA COSTA
10

11  ADN, LLC                              Case No. C16-00119

12          Plaintiff,                    UNLIMITED CIVIL CASE

13      vs.                               **STIPULATION FOR FINAL JUDGMENT
                                          AND PERMANENT INJUNCTION**
14  Nicholas Morean

15          Defendants.

16                          __PARTIES__                    BY FAX

17

18      This Stipulation for Final Judgment and Permanent Injunction ("Stipulation") is entered

19  into by and between Plaintiff ADN, LLC ("Plaintiff") and Defendant Nicholas Morean

20  ("Defendant"). Plaintiff and Defendant collectively referred to herein as the "Parties." The Parties

21  hereby stipulate that:

22      1.      This Court has jurisdiction of the subject matter hereof and of the Parties to this

23  Stipulation;

24      2.      Defendant received a copy of the Summons and Complaint at his residence and by

25  hand delivery on February 3, 2016 and that pursuant to Code of Civil Procedure § 415.20(b) was

26  properly served with notice of this action;

27      3.      Defendant unlawfully published statements about Plaintiff on the Internet, which

28  are false, defamatory, and constitute libel per se, and that his doing so was wanton, willful, and

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

malicious;

4.      Defendant agrees to him being enjoined from further false publications regarding Plaintiff, and in taking the necessary actions to remove his past false statements from the Internet;

5.      The attached Final Judgment and Permanent Injunction (the "Judgment") may be entered by any judge of the Contra Costa County Superior Court and should be entered by the Court in furtherance of this Stipulation;

6.      The Parties hereby waive their right to move for a new trial or otherwise seek to set aside the Judgment through any collateral attack, and further waive their right to appeal from the Judgment, except that the Parties both agree that this Court shall retain jurisdiction for the enforcement of, compliance with, or punishment of violations of the Judgment attached herewith;

7.      Defendant will accept service of any Notice of Entry of Judgment entered in this action by delivery of such notice via regular mail to his residence; and

8.      Each party is to bear their own costs and attorney's fees.

**IT IS SO STIPULATED**

Dated: February 04, 2016

By: _Owen Mascott_
    Owen T. Mascott, Esq. (State Bar No. 134243)
    675 Ygnacio Valley Rd., Suite B213
    Walnut Creek, CA 94596

Dated: February 04, 2016

_____
Nicholas Morean

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

ADN LLC VS. MOREAN

NOTICE OF CASE MANAGEMENT CONFERENCE                    CIVMSC16-00119

1.  NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE:  06/21/16       DEPT:  34       TIME:   9:00

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION
SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK
STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES
SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY
OF RECORD MUST APPEAR.

2.  You may stipulate to an earlier Case Management Conference.  If
all parties agree to an early Case Management Conference, please
contact the Court Clerk's Office at (925)646-4099 for Unlimited Civil
and Limited Civil cases for assignment of an earlier date.

3.  You must be familiar with the case and be fully prepared to par-
ticipate effectively in the Case Management Conference and to discuss
the suitability of this case for the EASE Program, private mediation,
binding or non-binding arbitration, and/or use of a Special Master.

4.  At any Case Management Conference the court may make pretrial
orders including the following:

    a.  an order establishing a discovery schedule
    b.  an order referring the case to arbitration
    c.  an order transferring the case to limited jurisdiction
    d.  an order dismissing fictitious defendants
    e.  an order scheduling exchange of expert witness information
    f.  an order setting subsequent conference and the trial date
    g.  an order consolidating cases
    h.  an order severing trial of cross-complaints or bifurcating
        issues
    i.  an order determining when demurrers and motions will be filed

                          SANCTIONS
If you do not file the Case Management Conference Questionnaire or
attend the Case Management Conference or participate effectively in
the Conference, the court may impose sanctions (including dismissal of
the case and payment of money).

        Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this
action, and that I delivered or mailed a copy of this notice to the
person representing the plaintiff/cross-complainant.

Dated:  02/02/16

                          D. WEBER
                          Deputy Clerk of the Court

# SUMMONS
## *(CITACION JUDICIAL)*

**SUM-100**



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED

2016 FEB -2 P 12: 43

STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
BY: _____
DEPUTY CLERK
D. WEBER

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Nicholas Morean

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ADN, LLC

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* Martinez Superior Court | CASE NUMBER *(Número del Caso):* **C16 - 00119** |
|---|---|

725 Court Street
Martinez, CA 94553

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Owen T. Mascott, St Bar #134243, 675 Ygnacio Valley Rd, St B213, Walnut Creek CA 94596, 925-935-5005

| DATE: *(Fecha)* FEB 0 2 2016 | Clerk, by *(Secretario)* D. WEBER | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA

1. ☑ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

Attorney for Plaintiff ADN, LLC

**FILED**

2016 FEB -2  P 12: 43

STEPHEN L. NASH
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA

BY: _____ D. WEBER

PER LOCAL RULE 5 THIS
CASE IS ASSIGNED TO
DEPT _____ 39

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF CONTRA COSTA

| | |
|---|---|
| ADN, LLC | Case No. **C16 - 00119** |
| Plaintiffs, | Unlimited Civil Case |
| vs. | **COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF** |
| Nicholas Morean | |
| Defendant. | |

*Owen T. Mascott, Esq. (State Bar No. 134243)*
*675 Ygnacio Valley Rd., Suite B213*
*Walnut Creek, CA 94596*
*Tel: (925) 935-5005*

BY FAX

### PARTIES

1.      ADN, LLC ("Plaintiff") is at all times mentioned herein a California business organized and has always enjoyed a very good business reputation and respect in the community.

2.      Defendant Nicholas Morean ("Defendant") is an individual that, upon information and belief resides in County of Contra Costa, California.

### PARTIES

3.      This Court has jurisdiction over the subject matter of this action. Plaintiff seeks a permanent injunction and/or damages in excess of the jurisdiction minimum of the unlimited jurisdiction of the Superior Court.

4.      Venue is proper in the Court because the tortious acts complained of occurred in Contra Costa County and it is believed that the Defendants reside in Contra Costa County, California.

### FACTS COMMON TO ALL ALLEGATIONS

1

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

1   5.      Upon information and belief, Defendant published false statements on the Internet

2   concerning Plaintiff on the website http://www.pissedconsumer.com, among others.

3   6.      The statements published by Defendant are false, disparaging, impugn Plaintiff's

4   business reputation, and injuriously affect Plaintiff in its trade and profession.

5   7.      These statements include, among others, that Plaintiff:

6        a.   "horrible experience"

7        b.   Defendant claims that "I never hear from my attorney"

8        c.   "they use scared tactics"

9        d.   "never returned phones calls"

10       e.   "horrible law firm"

11       f.   Defendant implies "when the heat gets turned up that they dodge phone calls and

12           emails"

13   (a-i collectively hereafter referred to as the "Statements")

14   The false and libelous Statements are attached hereto as Exhibit A.

15                    **FIRST CAUSE OF ACTION**

16       (Defamation – Libel and Libel Per Se Against All Defendants)

17   8.      Plaintiff incorporates by reference paragraphs 1 through 7, inclusive, as though fully set

18   forth herein, in support of this cause of action.

19   9.      Defendant published false Statements on the Internet websites pissedconsumer.com,

20   among others stating, among other things, that Plaintiff is a scam.

21   10.     Defendant authored and published the Statements without privilege or authorization.

22   11.     The Statements constitute libel per se as they are false, defamatory, impugn Plaintiff's

23   business reputation, and injuriously affects Plaintiff in its trade and profession.

24   12.     Plaintiff is informed and believes and, upon that basis, alleges that the Statements were

25   written and published with malice in that those publications were made with knowledge of their falsity, or

26   with reckless disregard as to the truth or falsity of the statements.  Plaintiff is further informed and believes

27   and, upon that basis, alleges that such publications were specifically directed and communicated to Plaintiff's

28   customers, or individuals considering Plaintiff's services, for the purpose of damaging Plaintiff's reputation.

COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF

13.    As a direct and proximate result of the Statements, Plaintiff has suffered significant reputational harm and sustained actual damages including, but not limited to, loss of capital and revenue, lost productivity, expenses incurred, and loss of intangible assets.

## SECOND CAUSE OF ACTION

(Defamation – Libel and Libel Per Se – Application for Permanent Injunction)

14.    Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1-13 as though set forth fully herein.

15.    Defendant published false statements on the Internet websites pissedconsumer.com, others things, that Plaintiff is a scam.

16.    Defendant authored and published the Statements without privilege or authorization.

17.    The Statements constitute libel per se as they are false, defamatory, impugn Plaintiff's business reputation, and injuriously affects Plaintiff in its trade and profession.

18.    Plaintiff is informed and believes and, upon that basis, alleges that the Statements were written and published with malice in that those publications were made with knowledge of their falsity, or with reckless disregard as to the truth or falsity of the statements.  Plaintiff is further informed and believes and, upon that basis, alleges that such publications were specifically directed and communicated to Plaintiff's customers, or individuals considering Plaintiff's services, for the purpose of damaging Plaintiff's reputation.

19.    As a direct and proximate result of the false Statements, Plaintiff has suffered significant reputational harm and sustained actual damages including, but not limited to, loss of capital and revenue, lost productivity, expenses incurred, and loss of intangible assets.

20.    Plaintiff requests a permanent injunction halting Defendants continued dissemination of the false statements described herein, and further ordering Defendant to request Google, Bing, Yahoo! and other search engine providers to remove the websites listed from their respective search results.  Without a permanent injunction judgment of this Court, Defendants' false statements will continue to cause great and irreparable injury to Plaintiff.  Plaintiff has no adequate remedy at law for injuries that they are currently suffering and is threatened to be suffered from these false statements.

## PRAYER FOR RELIEF

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF

1       **WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

2       1.  For Injunctive relief, Defendant is:

3       (a)    prohibited from creating or publishing statements about Plaintiff or it's officers, managers,

4 employees, business partners, agents, servants, attorneys, representatives, products, goods or services, which

5 defame, disparage, or contain libelous statements about Plaintiff; and

6       (b)    ordered to take all action, including but not limited to, requesting removal from the internet

7 search engines including Google, Yahoo!, and Bing, of all defamatory, disparaging, libelous, and false

8 statements about Plaintiff that Defendant has posted on the Internet.

9       2. For any and all other relief to which the Court determines Plaintiff is entitled.

10

11 DATED:       February _02_, 2016.

12

13

14

15                          Owen T. Mascott, Esq. (State Bar No. 134243)

16                          675 Ygnacio Valley Rd., Suite B213

                         Walnut Creek, CA 94596

17                          Telephone:    (925) 935-5005

18                          Attorney for Plaintiff ADN, LLC

19

20

21

22

23

24

25

26

27

28

4

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

# EXHIBIT A

# Attorney Dan Newlin - Dissapointed

## 6 of 19  Attorney Dan Newlin Reviews

Dec 26, 2015   159 views   0 comments

They use scared tactics so you can accept whatever the insurance co.is offering, like putting you in a room with a lawyer, and have another lawyer running back and forth with offering from the other party, and it goes on for over 2 hours hoping you will fall for the trick.

And for what we understood it seems they are scared to take a case to trail, and will use scared tactics, so you can agree with them and accept whatever the insurance wants to offer you.So if you have a case that you feel will do better in a court room do not use Dan Newlins office, they will talk you out of it.

Comment

**More Review Details**

⊞ **What I liked**
No items

⊟ **What I disliked**
Very dissapointed

Reason of review:
Poor customer service

Product or service
Attorney Dan Newlin Car Accident Lawyer

Review category
Lawyers

Review rating
4 out of 5

# Attorney Dan Newlin - Review in Lawyers category from Orlando, Florida

### 10 of 19  Attorney Dan Newlin Reviews

📍Orlando, Florida   Oct 15, 2015   340 views   1 comment

Dan Newlin does not live up to his commercials they is overly shown on TV.My husband and I hired this law firm back in 2013 needless to say my case is still going on.

They first assigned me with a attorney by the name of Jarian Lyons he told my husband and I a bunch of garbage about what made him study law. After a week I wanted to fire him and go with someone else. He never returned my phone calls and when I would email him he never responded I would literally have to call him from different numbers to talk with him because he would never answer when I call from my number. He didn't fight for me at all, never any updates on my case never any follow up nothing he gave what he had which were a lot of excuses.

To top all that off another lawyer took my case and Jarian Lyons did not have the decency to inform me about what was going on and the reason for the switch. OK with that been said I spoke with th he new attorney who's name is Jason Herman and to make a long story short he is no better then the first one. He doesn't return phone calls or emails. I leave voice messages I get no return call.

As I stated my case has been going on since 2013 and I can honestly say that I feel like I wasted time and evidence with this horrible law firm. They take on more then they can handle they lie and tell you they will fight for you and that if any questions you can always call or email them but what they don't tell is that when the heat gets turned up that they dodge your phone calls and emails and that they are not equipped to take on tough cases.

If I or anybody I know ever need a attorney again I would definitely advise them to stay away from Dan Newlin law firm especially those two guys that I had and call MORGAN AND MORGAN BECAUSE THEY ARE DEFINITELY FOR THE PEOPLE.....

Comment

**More Review Details**

Staff  ☆★★★★

Reason of review:
Poor customer service

Review category
Lawyers

Review rating
5 out of 5

review #717391 by anonymous

| **Share** | 🐦 | 0 | f | 0 | **Helpful?** | No | 0 | Yes | 3 |
| | ✓ | 1 | ✓ | 1 | | ✓ | 0 | ✓ | 3 |
| | | | | | **Had the same issue** | Yes | 1 | | |
| | | | | | | ✓ | 1 | | |

 **Ginger**  Jan 27 #1101972  ⚲Fort Lauderdale, Florida
Morgan and Morgan have been working on a case for me for a year now and they have only returned my calls once during this time...they never ever ever call or email or send updates..nothing nothing nothing!! You are left in the dark all thr time...they are hirrible!! And Dan Newlin assigned me to Greg Ackerman which had only been on my case since october 2015 and completely keeps me informed all the time and returns calls and emails!! He is wonderful!!!

0↑ 0↓  Reply

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | CM-010 |
|---|---|---|
| Owen T. Mascott, Esq. (State Bar N. 134243)<br>675 Ygnacio Valley Road, Suite B213<br>Walnut Creek, CA 94596 | | FOR COURT USE ONLY |

TELEPHONE NO.: 925-935-5005     FAX NO.: 925-237-8839

ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, 94553
BRANCH NAME:

CASE NAME:
ADN, LLC v Nicholas Morean

**FILED**
2016 FEB -2 P 12: 43
STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
DEPUTY CLERK

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER:<br>C16-00119 |
|---|---|---|---|---|
| [✓] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[✓] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is   [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties       d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve                in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence          f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary   b. [✓] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify): TWO
5. This case [ ] is   [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 02/02/2016
Owen T. Mascott

_____     ► _____
(TYPE OR PRINT NAME)                                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

BY FAX