# **EXHIBIT 7**

*RepDefense Solutions, Inc. v. Stroman*

Case No. C16-00205

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Telephone: (925) 935-5005

Attorney for Plaintiff RepDefense Solutions, Inc.

FILED
2016 FEB 16 A 8:50
STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
OF CONTRA COSTA, CA

SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF CONTRA COSTA

| | |
|---|---|
| RepDefense Solutions, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Demoin Stroman III<br><br>Defendants. | Case No. C16-00205<br><br>UNLIMITED CIVIL CASE<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Pursuant to the Stipulation agreed to by the and between the parties to the above-captioned action Plaintiff RepDefense Solutions, Inc. ("Plaintiff") and Defendant Demoin Stroman III ("Defendant"), and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. This Court has jurisdiction of the subject matter hereof and the parties hereto.

2. Venue is proper in this County.

3. Defendant received a copy of the Summons and Complaint on February 3, 2016 and was properly served and received notice of this action.

4. Defendant Demoin Stroman III unlawfully published Defamatory Statements (defined below in paragraph 6) about Plaintiff on the Internet on the website Pissedconsumer.com

and RipoffReport.com, which are false, defamatory, and constitute libel and slander per se, and that his doing so was wanton, willful, and malicious. (See Defendant's Statement Under Oath Attached hereto as Exhibit A).

5. Defendant Demoin Stroman III is ordered to take all actions necessary to remove any Defamatory Statements published by him from the Internet, including but not limited to, requesting removal of the Defamatory Statements from the website where they are posted and from the Internet search engines, including Google, Yahoo!, and Bing the URLs (defined below) where the Defamatory Statements are published. The Defamatory Statements currently appear at the following URLs (the "Defamatory URLs"):

   a. http://reputation-defender.pissedconsumer.com
   b. http://www.ripoffreport.com/r/reputationcom-remove-ripoffreport-false-claims/internet/Reputationcom-Read-this-before-you-sign-up-for-Reputationcom-Internet-691357

6. The "Defamatory Statements" include, among others, that:

   a. Defendant claims "scammer fraud"
   b. "they are liars thieve and extortionists"
   c. "stop getting scammed"
   d. "scam people with a smile"
   e. "I got ripped off"
   f. "dishonest culture"
   g. "they lie"
   h. "false advertising"

7. Defendant Demoin Stroman III published the Defamatory Statements using several names and aliases, including, but not limited to:

   a. User1234567
   b. Anonymous

8. Defendant Demoin Stroman III is ordered to take all necessary action to remove

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

the Defamatory URLs listed in paragraph 5a and 5b above from Google search engine platforms in the United States (http://www.Google.com), United Kingdom (http://www.Google.co.uk), and Canada (http://www.Google.ca), and shall request removal of the Defamatory Statements from each Google platform so they are removed from these search results on each service.

9. Defendant Demoin Stroman III is ordered to take all necessary action, including requesting removal from webmasters, Internet service providers, and the Internet search engines Google, Yahoo!, and Bing, to remove any additional webpages in the future on which defamatory Statements and/or URLs referenced above in paragraph 5a and 5b of this judgment are referenced and/or republished, including but not limited to index, directory, and search results pages.

10. Jurisdiction is retained by the Court for the purpose of enabling any party to the Judgment to apply to the Court at any time for such further orders and directions as may be necessary or appropriate for the construction of or the carrying out of this Judgment, for the modification of any of the injunctive provisions hereof, for enforcement of compliance herewith, and for the punishment of violations hereof, if any, as well as to enforce the terms and conditions of this Injunction, pursuant to Code of Civil Procedure §664.6, until defendants' performance thereunder is complete.

11. The clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED**

2/10/16

JUDITH S. CRADDICK
JUDGE OF THE SUPERIOR COURT

Owen T. Mascott, Esq. (State Bar No. 134243)
675 Ygnacio Valley Rd., Suite B213
Walnut Creek, CA 94596
Tel: (925) 935-5005

# EXHIBIT A

## SWORN STATEMENT OF DEFENDANT DEMOIN STROMAN III

State of <u>California</u>      )
                              )   SS:
County of <u>Contra Costa</u> )

I, Demoin Stroman III, first being duly sworn, state the following:

1. I am over 18 years of age, have personal knowledge of the facts set forth below, and am otherwise fully competent to testify to the matters set forth herein.

2. I published several false and derogatory statements about RepDefense Solutions, Inc. on the Internet website http://www.pissedconsumer.com, and http://www.ripoffreport.com at the following:

    URL: http://reputation-defenders.pissedconsumer.com

    URL: http://www.ripoffreport.com/r/reputationcom-remove-ripoffreport-false-claims/internet/Reputationcom-Read-this-before-you-sign-up-for-Reputationcom-Internet-691357

3. The false statements I published about RepDefense Solutions, Inc. include, among others, that the Company:

    a. Defendant claims "scammer fraud"
    b. "they are liars thieves and extortionists"
    c. "stop getting scammed"
    d. "scam people with a smile"
    e. "I got ripped off"
    f. "dishonest culture"
    g. "they lie"
    h. "false advertising"

4. I currently do not have access to the websites where the Statements are published to unpublished the Statements or otherwise take down this material.

5. I am making the above statements under my own free will without any coercion or duress from any party.

I hereby represent that the information set forth above is true and complete to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT

_____
DEMOIN STROMAN III

SWORN TO BEFORE ME and subscribed in my presence on this ___ day of _____, 2016.

_____
NOTARY PUBLIC

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Contra Costa_

Subscribed and sworn to (or affirmed) before me on this _4th_ day of _Feb_, 20 _16_ by _Demon Strawn III_,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____   (Seal)
Signature

SANDRA R. JONES
Commission # 2032393
Notary Public - California
Contra Costa County
My Comm. Expires JULY 31, 2017

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_Won Statement_
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _3_  Document Date _2/4/16_

Additional information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865