# EXHIBIT 8

*Majestic Vacations, LLC
v. Angelica Lebron*

Case No. C16-00319

Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Tel: (925) 837-9007

Attorney for Plaintiff Majestic Vacations, LLC.

FILED
2016 FEB 14 P 12: 43
STEPHEN H. NASH

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF CONTRA COSTA

Majestic Vacations, LLC.

    Plaintiffs,

vs.

Angelica Lebron,

    Defendant.

Case No. C16-00319

Unlimited Civil Case

**COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF**

PER LOCAL RULE 5 THIS CASE IS ASSIGNED TO DEPT ____

C5 BY FAX

### PARTIES

1. Majestic Vacations, LLC., ("Plaintiff") is at all times mentioned herein a California business organized and has always enjoyed a very good business reputation and respect in the community.

2. Defendant Angelica Lebron ("Defendant") is an individual that, upon information and belief resides in County of Contra Costa, California.

### PARTIES

3. This Court has jurisdiction over the subject matter of this action. Plaintiff seeks a permanent injunction and/or damages in excess of the jurisdiction minimum of the unlimited jurisdiction of the Superior Court.

4. Venue is proper in the Court because the tortious acts complained of occurred in Contra Costa County and it is believed that the Defendants reside in Contra Costa County, California.

1

## FACTS COMMON TO ALL ALLEGATIONS

5. Upon information and belief, Defendant published false statements on the Internet concerning Plaintiff on the website http://www.pissedconsumer.com, http://www.ripoffreport.com, among others.

6. The statements published by Defendant are false, disparaging, impugn Plaintiff's business reputation, and injuriously affect Plaintiff in its trade and profession.

7. These statements include, among others, that Plaintiff:

   a. "Scammers"
   b. "They lie on everything"
   c. "I was ripped off"
   d. "Lied to and scammed with poor resolution"
   e. "Bait and switch all the way liars, liars, liars"
   f. "totally lied to and very frustrated"
   g. "Dangerous, Dishonest Salesman"
   h. "Bad business practices"
   i. "mislead"
   j. "lying salesman"
   k. "lied, bait and switch"
   l. If cancel 100% of moneys kept

(a-i collectively hereafter referred to as the "Statements")

The false and libelous Statements are attached hereto as Exhibit A.

## FIRST CAUSE OF ACTION

(Defamation – Libel and Libel Per Se Against All Defendants)

8. Plaintiff incorporates by reference paragraphs 1 through 7, inclusive, as though fully set forth herein, in support of this cause of action.

9. Defendant published false Statements on the Internet websites Pissedconsumer.com and Ripoffreport.com, among others stating, among other things, that Plaintiff is a scam.

10. Defendant authored and published the Statements without privilege or authorization.

Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Tel: (925) 837-9007

11. The Statements constitute libel per se as they are false, defamatory, impugn Plaintiff's business reputation, and injuriously affects Plaintiff in its trade and profession.

12. Plaintiff is informed and believes and, upon that basis, alleges that the Statements were written and published with malice in that those publications were made with knowledge of their falsity, or with reckless disregard as to the truth or falsity of the statements. Plaintiff is further informed and believes and, upon that basis, alleges that such publications were specifically directed and communicated to Plaintiff's customers, or individuals considering Plaintiff's services, for the purpose of damaging Plaintiff's reputation.

13. As a direct and proximate result of the Statements, Plaintiff has suffered significant reputational harm and sustained actual damages including, but not limited to, loss of capital and revenue, lost productivity, expenses incurred, and loss of intangible assets.

## SECOND CAUSE OF ACTION

(Defamation – Libel and Libel Per Se – Application for Permanent Injunction)

14. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1-13 as though set forth fully herein.

15. Defendant published false statements on the Internet websites Pissedconsumer.com and Ripoffreport.com, among others things, that Plaintiff is a scam.

16. Defendant authored and published the Statements without privilege or authorization.

17. The Statements constitute libel per se as they are false, defamatory, impugn Plaintiff's business reputation, and injuriously affects Plaintiff in its trade and profession.

18. Plaintiff is informed and believes and, upon that basis, alleges that the Statements were written and published with malice in that those publications were made with knowledge of their falsity, or with reckless disregard as to the truth or falsity of the statements. Plaintiff is further informed and believes and, upon that basis, alleges that such publications were specifically directed and communicated to Plaintiff's customers, or individuals considering Plaintiff's services, for the purpose of damaging Plaintiff's reputation.

19. As a direct and proximate result of the false Statements, Plaintiff has suffered significant reputational harm and sustained actual damages including, but not limited to, loss of capital and revenue, lost productivity, expenses incurred, and loss of intangible assets.

Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Tel: (925) 837-9007

20. Plaintiff requests a permanent injunction halting Defendants continued dissemination of the false statements described herein, and further ordering Defendant to request Google, Bing, Yahoo! and other search engine providers to remove the websites listed from their respective search results. Without a permanent injunction judgment of this Court, Defendants' false statements will continue to cause great and irreparable injury to Plaintiff. Plaintiff has no adequate remedy at law for injuries that they are currently suffering and is threatened to be suffered from these false statements.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

1. For Injunctive relief, Defendant is:

    (a) prohibited from creating or publishing statements about Plaintiff or it's officers, managers, employees, business partners, agents, servants, attorneys, representatives, products, goods or services, which defame, disparage, or contain libelous statements about Plaintiff; and

    (b) ordered to take all action, including but not limited to, requesting removal from the internet search engines including Google, Yahoo!, and Bing, of all defamatory, disparaging, libelous, and false statements about Plaintiff that Defendant has posted on the Internet.

2. For any and all other relief to which the Court determines Plaintiff is entitled.

DATED:   February 22nd, 2016.

_____
Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Telephone:   (925) 837-9007

Attorney for Plaintiff Majestic Vacations, LLC.

# EXHIBIT A

All reviews > Hotels and Resorts > Bluegreen Resorts 628

# Bluegreen Resorts
## Complaints and Reviews

Bluegreen Owners

Email Address:

Password:

| Reviews | About | Ratings | Competitors | Locations | Products |

Had an experience with Bluegreen Resorts?
Write a review

Submit >

★★★★★
### 2.1
Based on 73 reviews
Compare to others



Respond to your customers

| Cust like | Cust don't like |
|---|---|
| Clean 4 | Being lied to 13 |
| Optio initall 3 | Misle: inforr 12 |
| Roorr 3 | Dece| 11 |

0 ISSUES RESOLVED

628 REVIEWS

$1M CLAIMED LOSSES

$5.2K AVERAGE

10K VIEWS

### Review about Bluegreen Resorts Ownership from Sanford, Florida

Jan 14   Bluegreen Resorts   Hotels and Resorts   Sanford, Florida
Bluegreen Resorts Ownership   324   REVIEW RATING 4/5

I signed up to win a vacation. After several weeks a guy called me and said (wonder of wonders!) That i had won a free 4 day 3 night to any of several destinations and a 4 day cruise on my choice of cruise line. I straight up asked him first what was the catch before he started the whole spill to which he replied none. Long story short, after a long spill about the choices I had, I was told that...

Was this review helpful? 3 ↑ 0 ↓

### Bluegreen Resorts - They lie on everything

Jan 12   Bluegreen Resorts   Hotels and Resorts   Bluegreen Resorts Ownership   1   1
259   REVIEW RATING 4/5

I got into this 7 years ago and after I realized I was ripped off .I was stuck.I used the in 2015 first time had 20,000 points wanted to use at there location in Chicago was told I could only use 2 days .The second time was 01/03/2016 went to Scottsdale Arizona.Room was OK.People in room above smoking cigarettes and smoke came in through venting we had to leave the room a few times through the...

Was this review helpful? 0 ↑ 1 ↓

### Review about Bluegreen Resorts Cancellation Policy from Cooper City, Florida

Jan 11   Bluegreen Resorts   Hotels and Resorts   Cooper City, Florida
Bluegreen Resorts Cancellation Policy   286   REVIEW RATING 4/5

We signed up also as it sounded great. I was at Bass Pro when I first heard of it. We did the orientation and signed. After a few days we decided this was not for us and sent a letter with all free goods back to their financial office. They were gracious and helpful. Our funds were returned within a week no questions asked. I was impressed. But be advised read your contract as far as cancellation...

Was this review helpful? 0 ↑ 0 ↓

### Bluegreen Resorts - Lied to and scammed with poor resolution

Jan 10    Bluegreen Resorts    Hotels and Resorts    Newbury Park, California
Bluegreen Resorts Ownership    274    REVIEW RATING 5/5

This is a review of Bluegreen Vacations as an organization, not the resort. That will follow if appropriate. I June 2015, after a stay at a Chice Hotel, I got notified of an offer to stay at a Bluegreen resort. I remember the contact very clearly and I wrote down everything that was said at the time of contact. I was told that for $199 I would get a 4 day 3 night stay at one of their resorts...

Bait and switch   196

Was this review helpful?  0 ↑ 0 ↓


### Bluegreen Resorts - No issues! Love our Bluegreen vacation Club
Jan 08    Bluegreen Resorts    Hotels and Resorts    Gilboa, New York
Bluegreen Resorts Ownership    202    REVIEW RATING 4/5

We have been Bluegreen members for 4 years. We have stayed at a wide variety of BG resorts from The Manhattan Club in NYC to a "glamping trip" to Shenandoah Crossing in Va ( the Yurt is a hoot!!) to St Pete Beach at the Tradewinds and a condo in AZ. One thing that was stellar in each of these resorts was the customer service! Also each had their own unique exercise can that we enjoyed. We upgraded...

Was this review helpful?  0 ↑ 0 ↓


### Bluegreen Resorts - BAit and swith all the way liars, liars liars
Jan 06    Bluegreen Resorts    Hotels and Resorts    Toledo, Ohio
Bluegreen Resorts Vacation Package    305    REVIEW RATING 4/5

We purchased a vacation package and were told we could stay at one of 7 different resorts for 4 days 5 nights. The salesman swore up and down this was not a scam, since we were shopping at bass pro we felt there was some credibility. We were dead wrong we just called and made our reservation and were told that we would not be staying in a resort unless we wanted to pay and addition 500bucks but...

Was this review helpful?  0 ↑ 0 ↓


### Bluegreen Resorts - Totally lied to and very FRUSTRATED!!!!!
Jan 05    Bluegreen Resorts    Hotels and Resorts    Pickerington, Ohio
Bluegreen Resorts Ownership    1    1    205    REVIEW RATING 4/5

I was told the maintenance fees would be about $256 a year on my 14000 points. My first bill 6 months later was $428.60 and that was only for 6 months!!!! I am so mad I can't see straight. There is no one willing to help me from Bluegreen. Therefore I am probably going to have to bring a lawsuit against them. They told me they were recording my commitment on tape and I plainly reminded them about...

Was this review helpful? 1 ↑ 1 ↓

### Bluegreen Resorts - Crulitity to timeshare owners to buying and not being able to sell

Jan 01    Bluegreen Resorts    Hotels and Resorts    Sylva, North Carolina
Bluegreen Resorts Ownership    1    1    287    REVIEW RATING 4/5

To actually own a time share for years AND enjoy it with our family! JUST like all the testimonies of other people, we are there too. Retirement leaves us without the pleasures of being old. Paying all the money for owning and not resell what we don,t use is very sad There are a lot more people that will want a timeshare. No worry there. Don,t want to go through timeshare bit of selling it...

Was this review helpful? 0 ↑ 0 ↓

### Bluegreen Resorts - Blue Green are Liars

Jan 01    Bluegreen Resorts    Hotels and Resorts    Myrtle Beach, South Carolina
Bluegreen Resorts Myrtle Beach Vacation    375    REVIEW RATING 5/5

We recently purchased the $99 offer at Bass Pro Shop and scheduled a stay in Myrtle Beach. The person we talked to when making the reservations told us we would be staying in a 2 bedroom with a mini kitchen. We arrived and got our voucher to find we were being put up in a sleazy, unkempt motel in a shady area of town. We went back and were told we had to call a number they supplied us and...

Was this review helpful? 1 ↑ 0 ↓

### Review about Bluegreen Resorts Timeshare from Minneapolis, Minnesota

Jan 01    Bluegreen Resorts    Hotels and Resorts    Minneapolis, Minnesota
Bluegreen Resorts Timeshare    1    1    218    REVIEW RATING 4/5

We have had our timeshare with bluegreen for many years now, and although we don't enjoy matinance fees...who does. It was part of the upfront info when u agreed to purchase. And in the many years...almost 8yrs as owners...our fees have never went up. And it would be illegal n highly unlikely that a company would randomly pick out certain owners to increase fees. Just because some owners regret...

Was this review helpful? 0 ↑ 0 ↓

1 of 63 | 2 | 3 | 4 | 5 | ... | 63      Next >

Ripoff Report | Complaints ...ews Scams Lawsuits Frauds Reported. File your review. Cons... educating consumers.™

By consumers, for consumers...

# Ripoff Report

Don't let them get away with it!® Let the truth be known!™

FILE A REPORT

Company Name or Report #    SEARCH

Review Latest Reports   Advanced Search   Browse Categories

Total Visits since 1998: 8,820,000,000   Estimated money Consumers saved since 1998: $15,449,000,000.68   Reports filed: 2,022,209

| Update a Report | Program & Services | Help & FAQs | Consumer Resources | Verified Business Directory | Legal Directory | Consumers Say Thank You | In the Media | Repair your reputation the right way Corporate Advocacy Program | Register or Login |

■ Ripoff Report protects consumers first amendment right to free speech

Ripoff Report Investigates, Sponsored By...   Lear How to Buy and Invest in Silver Today! Get Your Free Kit »
@ LEARCAPITAL



### COMING SOON...

A new investigative Series uncovering Consumer Fraud at its worst. Real-estate Fraud. Homes and property across America being stolen – doors locked so you cannot get back in!

See the promo video »


If you remember these, it's time for life insurance. Start Your Free Quote
America's #1 Independent Term Life Sales Agency

Report: #936209

# Complaint Review: Outdoor Traveler

**Verified Business Directory**
Ripoff Report verified businesses you can trust!   See It Now


LOANMART AUTO TITLE LOANS
Same Day Cash SEVEN DAYS A WEEK
▶ Get $2,500 - $50,000
▶ No Pre-Payment Penalties
▶ Get Your Cash, Keep Your Car
CALL TODAY

### Related Reports

Creative Outdoor Distributor Brian Horowitz Ripoff Artist Irvine California

The Home Depot Deceptive Trade Practise, sold used recondition riding mower as a new one, failed to warranty when problems occered multipul times amarillo...

All Weather Auto. Rip me off, lied to me.... New Jersey

Sears Sears.com Sears won't send missing parts of an item ordered Nationwide

SMALL ENGINE WAREHOUSE SOLD US THE WRONG ENGINE AND REFUSED TO TAKE BACK MUNCIE Indiana

jacks small engine repair the british dude. after 350 worth of repairs our john deere mower only ran less than half hour, jacks owner said it must have...

Florida's Outdoor Adventures TRUSTED BUSINESS REVIEW: Florida's Outdoor Adventures / floridahoghunts.com South Florida's top ranked Hog hunting Outfitter.....

Diamond Outdoor of the Carolinas Rip-Off Workmanship with no integrity to fix issues Denton North Carolina

Eden Outdoor Living Ron Holland, Kimberly Cline Fantastic Pool and Landscape Design; but took deposit and left a big hole Austin Texas

### Ripoff Reports



Vivint Apex Be Careful of this company Provo Utah

Hoehn

**Submitted:** Mon, September 03, 2012   **Updated:** Mon, September 03, 2012
**Reported By:** Rhonda B — ORLANDO Florida United States of America

**Outdoor Traveler**
Boca Raton, Florida
United States of America

**Phone:**
**Web:** www.bluegreenonline.com
**Category:** Travel Services



## Outdoor Traveler Bluegreen Resorts Lie, Bait and Switch Boca Raton, Florida.

Like {0}  G+1 Recommend this on Google   Tweet

**REBUTTAL BOX™ | Respond to this Report!**

[ Add Rebuttal to this Report ]   [ Aribitrate & Set Record Straight ]
[ File New Report ]   [ Repair Your Reputation ]

Ripoff #1 Got railroaded in Bass pro for a land and sea getaway. Paid 179 to stay two nights in a hotel I could have booked cheaper myself through priceline, expedia, etc. They gave us a book showing all these beautiful resorts, told us to pick one and we did, our paperwork said we were staying in Bluegreen's resort in Vegas. I had to change our destination city, when I did there was no mention of being put up in a local hotel. I'm still under the impression I'm staying at the resort for that city. When I call the resort to confirm my reservation for two days later I'm informed I'm not staying there I will be at a hotel. I told them we were told and my paperwork says we stay at

← Is this **Ripoff Report** About you?

**Ripoff Report** A business' first line of defense on the Internet.


LEARN HOW TO BUY AND INVEST IN GOLD AND SILVER TODAY
GET YOUR FREE INVESTOR KIT
Get it Now »
LEAR


Mercedes Benz Hohen Mercedes Benz of Carlsbad BUYER BEWARE SOLD A LEMON Carlsbad California


Ashif Mahmud Ashif Mahmud A1 Pest Control Scam Fraud Omaha Nebraska Omaha Nationwide

Paragon Leads / PG Leads mikhol caktwell Tried to Scam me, I asked why there is a cost. He responded saying im a broke jew kiting nazi and he wants to...


Family Dollar Incomplete transactions, reload, stolen, Bronx New York



www.perfectcvs.co.uk/ Hanmy Company Shanghai, aka IZWY IZWY ripoff scam Internet


Vivint APX ALARM Class Action Lawsuit for Vivint Customers Provo, Utah


Shaw City Engines DO NOT DO NOT DO NOT DO ANY BUISNESS WITH THIS COMPANY EVER !!!!! fresno California


VIVANT A complete SCAM!! They were PUSHY and wanted me to sign paperwork to RIGHT THEN, Before I knew what was going on here comes the "INSTALLER" in...


Vivint Inc. APX Misleading and Misrepresentation Provo, Utah


Village Green Apartments The Benchmark Group Crooked, Unfair, Unlawful, Unreasonable, Tacky, Ridiculous, Scam, Unjust Evansville Indiana


TowerPoint Capital REVIEW: TowerPoint Capital clients express gratitude for the firm's commitment to transparency and best in class execution, Commitment...


Towerpoint Capital TRUSTED BUSINESS REVIEW: TowerPoint Capital, leading institutional investor in and manager of wireless real estate across the United...

their resort. They say it was only for the Vegas destination, all others are local hotels.

Ripoff #2. If you cancel on them they keep 100 of your $179. . I made my dissatisfaction very clear....they did not care. Two hours turns into all day they tell you a bunch more lies, my husband falls for it and buys. Still they don't put us up in their resort for our one night we have left.

Ripoff #3 Cruise certificate is given to us. You have to book with a travel agency (probably also owned by them) which charges you $120-$190 per person fees, then you have to pay another 120-190 for port charges. I called Carnival (which is the cruise line its booked for) and I could purchase the same exact cruise for about $30 more total not per person. The room through our "free" certificate is a class 1a.....BUNK BEDS. Since you have to be married or co-habitators to qualify how do they think this is going to work out?

Ripoff #4. After going over the contract when I ACTUALLY HAVE TIME AND AM NOT TRYING TO SALVAGE whats left of my second day I see that after all their talk about points and flexibility that although we previewed or toured South Carolina, they have deeded us in Wisconsin in the middle of the winter . Supposedly we were buying points and each resort has different point values but you could spend your points however you want....SUPPOSEDLY!

Ripoff #5 You have no access to their booking system for 30 to 45 days after you purchase so you can't verify what they tell you is true. We have 5 days by S.C. law to cancel. Sunday only counts if its the fifth day. Monday is labor day, we bought on Friday and have to get certified mail to Boca Raton, Fl by Tuesday. I'm in West Virginia with all the paperwork and contracts. Post office opens on Tuesday..........I'm screwed

This report was posted on Ripoff Report on 09/03/2012 02:20 AM and is a permanent record located here: http://www.ripoffreport.com/r/Outdoor-Traveler/Boca-Raton-Florida-/Outdoor-Traveler-Bluegreen-Resorts-Lie-Bait-and-Switch-Boca-Raton-Florida-936209. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Outdoor Traveler

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

Outdoor Traveler      [ Search ]    Search Tips

### Report & Rebuttal

| Respond to this report! | Also a victim? | Repair Your Reputation! |
|---|---|---|
| File a Rebuttal. | File a Report | Get Started |

### Arbitrate
**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

**Ripoff Report.**
**LEGAL DIRECTORY**

If your business is willing to make a commitment to customer satisfaction
**Click here now..**

Does your business have a bad reputation?
Fix it the right way,
**Corporate Advocacy Program™**

SEO Reputation Management at its best!

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mark W. Lapham, Esq. (State Bar 46352)<br>751 Diablo Road<br>Danville, CA 94523 | |
| TELEPHONE NO.: 925-837-9007   FAX NO.: | FILED |
| ATTORNEY FOR (Name): | 2016 FEB 24 PM 12:42 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa<br>STREET ADDRESS: 725 Court St.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Martinez, 94553<br>BRANCH NAME: | STEPHEN H. NASH<br>CLERK OF THE SUPERIOR COURT<br>CONTRA COSTA |
| CASE NAME:<br>Majestic Vacations, LLC. v. Angelica Lebron | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited  ☐ Limited<br>(Amount   (Amount<br>demanded   demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | C16-00319<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

   **Auto Tort**
   - ☐ Auto (22)
   - ☐ Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   - ☐ Asbestos (04)
   - ☐ Product liability (24)
   - ☐ Medical malpractice (45)
   - ☐ Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   - ☐ Business tort/unfair business practice (07)
   - ☐ Civil rights (08)
   - ☑ Defamation (13)
   - ☐ Fraud (16)
   - ☐ Intellectual property (19)
   - ☐ Professional negligence (25)
   - ☐ Other non-PI/PD/WD tort (35)

   **Employment**
   - ☐ Wrongful termination (36)
   - ☐ Other employment (15)

   **Contract**
   - ☐ Breach of contract/warranty (06)
   - ☐ Rule 3.740 collections (09)
   - ☐ Other collections (09)
   - ☐ Insurance coverage (18)
   - ☐ Other contract (37)

   **Real Property**
   - ☐ Eminent domain/Inverse condemnation (14)
   - ☐ Wrongful eviction (33)
   - ☐ Other real property (26)

   **Unlawful Detainer**
   - ☐ Commercial (31)
   - ☐ Residential (32)
   - ☐ Drugs (38)

   **Judicial Review**
   - ☐ Asset forfeiture (05)
   - ☐ Petition re: arbitration award (11)
   - ☐ Writ of mandate (02)
   - ☐ Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   - ☐ Antitrust/Trade regulation (03)
   - ☐ Construction defect (10)
   - ☐ Mass tort (40)
   - ☐ Securities litigation (28)
   - ☐ Environmental/Toxic tort (30)
   - ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   - ☐ Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   - ☐ RICO (27)
   - ☐ Other complaint (not specified above) (42)

   **Miscellaneous Civil Petition**
   - ☐ Partnership and corporate governance (21)
   - ☐ Other petition (not specified above) (43)

2. This case ☐ is  ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): TWO
5. This case ☐ is  ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 2/22/2016

Mark W. Lapham
(TYPE OR PRINT NAME)                                      ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**BY FAX**

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

| | SUM-100 |
|---|---|
| **SUMMONS**<br>*(CITACION JUDICIAL)* | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Angelica Lebron

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Majestic Vacations, LLC



FILED
2016 FEB 24 P 12: 43
STEPHEN H. NASH
OF THE SUPERIOR COURT

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:       CASE NUMBER:
*(El nombre y dirección de la corte es):* Contra Costa Superior Court   *(Número del Caso):* C16-00319
725 Court Street
Martinez, CA 94553

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Mark W. Lapham St Bar #146352, 751 Diablo Rd, Danville, CA 94526, 925-837-9007

DATE:                                  Clerk, by                          , Deputy
*(Fecha)* FEB 2 4 2016                 *(Secretario)*                     *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use                **SUMMONS**                Code of Civil Procedure §§ 412.20, 465
Judicial Council of California                                            www.courtinfo.ca.gov
SUM-100 [Rev. July 1, 2009]

```
                    SUPERIOR COURT - MARTINEZ
                    COUNTY OF CONTRA COSTA
                    MARTINEZ, CA, 94553
```

MAJESTIC VACATIONS LLC VS. ANGELICA LEBRON

NOTICE OF CASE MANAGEMENT CONFERENCE                    CIVMSC16-00319

1. NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE: 07/13/16        DEPT: 34        TIME: 9:00

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES. ALL PARTIES SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY OF RECORD MUST APPEAR.

2. You may stipulate to an earlier Case Management Conference. If all parties agree to an early Case Management Conference, please contact the Court Clerk's Office at (925)646-4099 for Unlimited Civil and Limited Civil cases for assignment of an earlier date.

3. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference and to discuss the suitability of this case for the EASE Program, private mediation, binding or non-binding arbitration, and/or use of a Special Master.

4. At any Case Management Conference the court may make pretrial orders including the following:

   a. an order establishing a discovery schedule
   b. an order referring the case to arbitration
   c. an order transferring the case to limited jurisdiction
   d. an order dismissing fictitious defendants
   e. an order scheduling exchange of expert witness information
   f. an order setting subsequent conference and the trial date
   g. an order consolidating cases
   h. an order severing trial of cross-complaints or bifurcating issues
   i. an order determining when demurrers and motions will be filed

                              SANCTIONS

If you do not file the Case Management Conference Questionnaire or attend the Case Management Conference or participate effectively in the Conference, the court may impose sanctions (including dismissal of the case and payment of money).

        Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this action, and that I delivered or mailed a copy of this notice to the person representing the plaintiff/cross-complainant.

Dated: 02/24/16                         _____
                                        C. JACALA
                                        Deputy Clerk of the Court