# **EXHIBIT 9**

*A&D International v. Martin*

Case No. C16-00353

Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94553
Telephone: (925) 837-9007

Attorney for Plaintiff A&D International


FILED
FEB 26 2016
STEPHEN H. NASH, CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
By S. OZUNA, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF CONTRA COSTA

| | |
|---|---|
| A&D International<br><br>        Plaintiff,<br><br>vs.<br><br>Tarra Martin<br><br>        Defendants. | Case No. C16-00353<br><br>UNLIMITED CIVIL CASE<br><br>**STIPULATION FOR FINAL JUDGMENT AND PERMANENT INJUNCTION** |

## PARTIES

This Stipulation for Final Judgment and Permanent Injunction ("Stipulation") is entered into by and between Plaintiff A&D International ("Plaintiff") and Defendant Tarra Martin ("Defendant"). Plaintiff and Defendant collectively referred to herein as the "Parties." The Parties hereby stipulate that:

1. This Court has jurisdiction of the subject matter hereof and of the Parties to this Stipulation;

2. Defendant received a copy of the Summons and Complaint at his residence and by hand delivery on February 24, 2016 and that pursuant to Code of Civil Procedure § 415.20(b) was properly served with notice of this action;

3. Defendant unlawfully published statements about Plaintiff on the Internet, which are false, defamatory, and constitute libel per se, and that his doing so was wanton, willful, and

malicious;

4. Defendant agrees to her being enjoined from further false publications regarding Plaintiff, and in taking the necessary actions to remove her past false statements from the Internet;

5. The attached Final Judgment and Permanent Injunction (the "Judgment") may be entered by any judge of the Contra Costa County Superior Court and should be entered by the Court in furtherance of this Stipulation;

6. The Parties hereby waive their right to move for a new trial or otherwise seek to set aside the Judgment through any collateral attack, and further waive their right to appeal from the Judgment, except that the Parties both agree that this Court shall retain jurisdiction for the enforcement of, compliance with, or punishment of violations of the Judgment attached herewith;

7. Defendant will accept service of any Notice of Entry of Judgment entered in this action by delivery of such notice via regular mail to his residence; and

8. Each party is to bear their own costs and attorney's fees.

**IT IS SO STIPULATED**

Dated: February 25, 2016

By: _____
Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94553

Dated: February 25, 2016

_____
Tarra Martin

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

A&D INTERNATIONAL VS. MARTIN

NOTICE OF CASE MANAGEMENT CONFERENCE          CIVMSC16-00353

1. NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE: 07/12/16        DEPT: 21        TIME: 8:30

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES. ALL PARTIES SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY OF RECORD MUST APPEAR.

2. You may stipulate to an earlier Case Management Conference. If all parties agree to an early Case Management Conference, please contact the Court Clerk's Office at (925)646-4099 for Unlimited Civil and Limited Civil cases for assignment of an earlier date.

3. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference and to discuss the suitability of this case for the EASE Program, private mediation, binding or non-binding arbitration, and/or use of a Special Master.

4. At any Case Management Conference the court may make pretrial orders including the following:

   a. an order establishing a discovery schedule
   b. an order referring the case to arbitration
   c. an order transferring the case to limited jurisdiction
   d. an order dismissing fictitious defendants
   e. an order scheduling exchange of expert witness information
   f. an order setting subsequent conference and the trial date
   g. an order consolidating cases
   h. an order severing trial of cross-complaints or bifurcating issues
   i. an order determining when demurrers and motions will be filed

                            SANCTIONS
If you do not file the Case Management Conference Questionnaire or attend the Case Management Conference or participate effectively in the Conference, the court may impose sanctions (including dismissal of the case and payment of money).

        Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this action, and that I delivered or mailed a copy of this notice to the person representing the plaintiff/cross-complainant.

Dated: 02/23/16                    _____
                                   A. GAMBOL
                                   Deputy Clerk of the Court

Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Tel: (925) 837-9007

Attorney for Plaintiff A&D International

FILED
2016 FEB 23 P 3: 45
STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
BY: A.J. GAMBOL

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF CONTRA COSTA

| | |
|---|---|
| A&D International.<br><br>         Plaintiffs,<br><br>vs.<br><br>Tarra Martin,<br><br>         Defendant. | Case No. C 16-00353<br><br>Unlimited Civil Case<br><br>**COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF**<br><br>PER LOCAL RULE 5 THIS CASE IS ASSIGNED TO DEPT 21<br><br>SUMMONS ISSUED |

BY FAX

## PARTIES

1. A&D International ("Plaintiff") is at all times mentioned herein a California business organized and has always enjoyed a very good business reputation and respect in the community.

2. Defendant Tarra Martin ("Defendant") is an individual that, upon information and belief resides in County of Contra Costa, California.

## PARTIES

3. This Court has jurisdiction over the subject matter of this action. Plaintiff seeks a permanent injunction and/or damages in excess of the jurisdiction minimum of the unlimited jurisdiction of the Superior Court.

4. Venue is proper in the Court because the tortious acts complained of occurred in Contra Costa County and it is believed that the Defendants reside in Contra Costa County, California.

## FACTS COMMON TO ALL ALLEGATIONS

1

5. Upon information and belief, Defendant published false statements on the Internet concerning Plaintiff on the website http://www.pissedconsumer.com, among others.

6. The statements published by Defendant are false, disparaging, impugn Plaintiff's business reputation, and injuriously affect Plaintiff in its trade and profession.

7. These statements include, among others, that Plaintiff:

   a. "completely unethical"
   b. "They are the worst of the bait-and-switch crowd"
   c. "Dishonest advertising! Run as fast as you can!"
   d. "breakthrough strategies is fraudulent in my opinion"
   e. "Bait and switch all the way liars, liars, liars"
   f. "misleading advertising"
   g. "nothing more than a way to SCAM YOU for YOUR MONEY"

   (a-i collectively hereafter referred to as the "Statements")

The false and libelous Statements are attached hereto as Exhibit A.

## FIRST CAUSE OF ACTION

(Defamation – Libel and Libel Per Se Against All Defendants)

8. Plaintiff incorporates by reference paragraphs 1 through 7, inclusive, as though fully set forth herein, in support of this cause of action.

9. Defendant published false Statements on the Internet websites Pissedconsumer.com, among others stating, among other things, that Plaintiff is a scam.

10. Defendant authored and published the Statements without privilege or authorization.

11. The Statements constitute libel per se as they are false, defamatory, impugn Plaintiff's business reputation, and injuriously affects Plaintiff in its trade and profession.

12. Plaintiff is informed and believes and, upon that basis, alleges that the Statements were written and published with malice in that those publications were made with knowledge of their falsity, or with reckless disregard as to the truth or falsity of the statements. Plaintiff is further informed and believes and, upon that basis, alleges that such publications were specifically directed and communicated to Plaintiff's customers, or individuals considering Plaintiff's services, for the purpose of damaging Plaintiff's reputation.

COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF

Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Tel: (925) 837-9007

13. As a direct and proximate result of the Statements, Plaintiff has suffered significant reputational harm and sustained actual damages including, but not limited to, loss of capital and revenue, lost productivity, expenses incurred, and loss of intangible assets.

## SECOND CAUSE OF ACTION

(Defamation – Libel and Libel Per Se – Application for Permanent Injunction)

14. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1-13 as though set forth fully herein.

15. Defendant published false statements on the Internet websites Pissedconsumer.com, among others things, that Plaintiff is a scam.

16. Defendant authored and published the Statements without privilege or authorization.

17. The Statements constitute libel per se as they are false, defamatory, impugn Plaintiff's business reputation, and injuriously affects Plaintiff in its trade and profession.

18. Plaintiff is informed and believes and, upon that basis, alleges that the Statements were written and published with malice in that those publications were made with knowledge of their falsity, or with reckless disregard as to the truth or falsity of the statements. Plaintiff is further informed and believes and, upon that basis, alleges that such publications were specifically directed and communicated to Plaintiff's customers, or individuals considering Plaintiff's services, for the purpose of damaging Plaintiff's reputation.

19. As a direct and proximate result of the false Statements, Plaintiff has suffered significant reputational harm and sustained actual damages including, but not limited to, loss of capital and revenue, lost productivity, expenses incurred, and loss of intangible assets.

20. Plaintiff requests a permanent injunction halting Defendants continued dissemination of the false statements described herein, and further ordering Defendant to request Google, Bing, Yahoo! and other search engine providers to remove the websites listed from their respective search results. Without a permanent injunction judgment of this Court, Defendants' false statements will continue to cause great and irreparable injury to Plaintiff. Plaintiff has no adequate remedy at law for injuries that they are currently suffering and is threatened to be suffered from these false statements.

## PRAYER FOR RELIEF

COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF

Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Tel: (925) 837-9007

Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Tel: (925) 837-9007

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

1. For Injunctive relief, Defendant is:

    (a) prohibited from creating or publishing statements about Plaintiff or it's officers, managers, employees, business partners, agents, servants, attorneys, representatives, products, goods or services, which defame, disparage, or contain libelous statements about Plaintiff; and

    (b) ordered to take all action, including but not limited to, requesting removal from the internet search engines including Google, Yahoo!, and Bing, of all defamatory, disparaging, libelous, and false statements about Plaintiff that Defendant has posted on the Internet.

2. For any and all other relief to which the Court determines Plaintiff is entitled.

DATED:   February 22, 2016.

*/s/ Mark W. Lapham*
Mark W. Lapham, Esq. (State Bar No. 146352)
751 Diablo Road
Danville, CA 94526
Telephone:   (925) 837-9007

Attorney for Plaintiff A&D International

# EXHIBIT A

All reviews > Financial Services > Agora Financial 34



# Agora Financial
## Complaints and Reviews

| Reviews | About | Ratings | Competitors | Locations | Products |

Had an experience with Agora Financial? Write a review

Submit >

☆ ☆ ★ ★ ★

**1.8**

Based on 8 reviews
Compare to others

Respond to your customers

| Cust like | Cust don't like |
|---|---|
| Jim rickar impa syste 1 | Dece pract 5 |
| Made decer mone follow a simpl strate 1 | Misle adver 3 |
| | Poor custo servic 1 |

**2** ISSUES RESOLVED

38 REVIEWS

$3.9K CLAIMED LOSSES

$356 AVERAGE

28.6K VIEWS

### Agora Financial Is Completely Unethical
Jan 27   Agora Financial   Financial Services   Heredia, Heredia
Agora Financial Reserve Membership   2   2   663   REVIEW RATING 5/5

I made the colossal mistake of purchasing the Agora Financial Reserve membership for $10K. It supposedly gave me lifetime access to all of their publications. After subscribing, they immediately terminate the more successful publications and re-launch them under a different shell company, which I have to pay AGAIN to receive. They are the worst of the bait-and-switch crowd, by far. ...

Was this review helpful?   8 ↑   3 ↓

From mobile   Agora Financial   Jan 13   by anonymous   #769798

Dishonest advertising! Run as far away and as fast as you can!

From mobile   Agora Financial   Jan 13   by anonymous   #769791

I have lost complete respect for Jim Rickards. All of the most outrageous claims that he and this Agora outfit produce with all his so-called breakthrough strategies is fraudulent in my opinion. Then he and Agora hide behind the "we don't give investment advice disclaimers". Well, we'll see.

### Agora Financial - Agora Income On Demand Review
Dec 23, 2015   Agora Financial   Financial Services   Pembroke, Virginia
Agora Income On Demand   2   2   1132   REVIEW RATING 5/5

I have used Agora's Income On Demand and, like another reviewer, I agree that it is unfortunate that you have to have a large reserve on hand. The strategy is one of making money through the selling of put options; the reserve is in case your puts get exercised and stock shares are put to you. But if that happens you can then use the shares for covered calls and keep making money with them...

Agora Financial 3     Income On Demand 1

Was this review helpful?   2 ↑   0 ↓

### Agora Financial - Porter Stansberry king of financial schlock
Dec 22, 2015    Agora Financial    Financial Services    👁 621    REVIEW RATING 5/5

Agora was once a source for interesting p[rovocative ideas. Now they are another part of Porter Stansberr's empire of ***. Stansberry ihas a record of fraud. He ons Agora and the Casey letters. James Altucher is also part of the empire of garbage. Beware all of the Stansberry letters. They will only hurt you This site wants 80 words. I have no more to say. I need 19 more words. Agora had a letter...

Was this review helpful?  0 ↑  1 ↓

### Agora Financial - Expensive for bad advices
Dec 04, 2015    Agora Financial    Financial Services    📍 Allschwil, Basel-Stadt
Agora Financial Newsletter    👁 751    REVIEW RATING 5/5

The Agora letters are usually fun to read. As far as I remember (2009-), they claimed there will be a big crash, we should all be worried about our money. Hopefully Agora is here to tell us what to do. The big 2 advises are: - buy Gold: if you did, you would have lost 30% of your wealth - don't buy NASDAQ big players, but pick the ones the propose: if you did, you would have skipped the 100%...

Was this review helpful?  1 ↑  0 ↓

### Agora Financial - Breakthrough bio tech stocks
Nov 12, 2015    Agora Financial    Financial Services    📍 Atlanta, Georgia
Agora Financial Refund Policy    👁 952    REVIEW RATING 5/5

I responded to an Agora Financial advertisement wherein they claimed they had conducted extensive research into emerging bio tech stocks that had been producing exceptional returns. They charged $1,250 to my credit card and before I knew it an allied company Jim Ricard Strategic had charged $99 recurring charge for investment advice. I started receiving emails exceptionally long that then...

Agora Financial  3

Was this review helpful?  1 ↑  0 ↓

### ✔ Resolved   Agora Financial - Misleading Advertising on financial product
Sep 24, 2015    Agora Financial    Financial Services    📍 Etobicoke, Ontario
Agora Financial Income On Demand Subscription    💬 4    💬 4    👁 2391    REVIEW RATING 5/5

I signed up for Zach Scheidt's Income on Demand product, and paid the requisite subscription fee. The advertising recommended that one needed at least US$20,000 to successfully invest smaller amounts in the various

opportunities presented. Because I had over US$30,000 in my investment account, I believed that I was a suitable user. The system uses options and is based on selling puts. When I...

Was this review helpful? 5 ↑ 3 ↓

**Agora Financial. Watch Out**
Aug 17, 2015   Agora Financial   Financial Services   Solon, Ohio
Agora Financial Newsletter   2   2   2130   REVIEW RATING 5/5

Paid $250 for "special lifetime of conferences from Jim Rickards. The first one was supposed to be today at 10:00 am. Never got a link to the conference. Something is not right with this company. I called and had to wait ten minutes before I could talk to a rep. Finally I told them if they couldn't even send me a link to their first teleconference then I want my money back. They said it would...

Was this review helpful? 9 ↑ 3 ↓

**Agora Financial - Angora Financial is nothing more than a way to SCAM YOU of YOUR MONEY!**
Aug 15, 2015   Agora Financial   Financial Services   2   2   1474
REVIEW RATING 5/5

Don't believe a word of this ***, don't even know who these people are, I got an e-mail with this name in it: Zachary Scheidt and they all are scams, they are nothing but a bunch of scam artists, you aren't going to piggy back off any Canadian Social Security, you do know if you could really do this, the exchange rate from Canadian to American would be so drastic, you would never get anywhere...

Was this review helpful? 11 ↑ 2 ↓

1 of 4 | 2 | 3 | 4           Next >

Did not find what you were looking for?

**Agora Financial Recently Discussed**

*Agora Financial* Is Completely Unethical
Feb 13

*Agora Financial*'s untrue Social Security safety promises

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Tarra Martin

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

A&D International



FILED — FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

2016 FEB 23  P 3: 44

STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
BY: A.J. GAMBOL

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

---

The name and address of the court is:
*(El nombre y dirección de la corte es):* Contra Costa Superior Court

725 Court Street
Martinez, CA 94553

**CASE NUMBER:** *(Número del Caso):* 16-00353

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Mark W. Lapham St Bar #146352, 751 Diablo Rd, Danville, CA 94526, 925-837-9007

DATE: FEB 23 2016        Clerk, by _____, Deputy
*(Fecha)*                  *(Secretario)* A.J. GAMBOL    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)       [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

---

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Mark W. Lapham, Esq. (State Bar N. 146352)<br>751 Diablo Road<br>Danville, CA 94523 | **FILED**<br>2016 FEB 23 P 3:45<br>STEPHEN H. NASH<br>CLERK OF THE SUPERIOR COURT<br>COUNTY OF CONTRA COSTA, CA<br>BY: A.J. GAMBOL |
| TELEPHONE NO.: 925-837-9007    FAX NO.: | |
| ATTORNEY FOR *(Name)*: | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA | |
| STREET ADDRESS: 725 COURT ST. | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: MARTINEZ, 94553 | |
| BRANCH NAME: | |
| CASE NAME: A&D International v. Tarra Martin | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited   ☐ Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | C 16-00353<br>JUDGE:<br>DEPT: 21 |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☐ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☑ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition *(not specified above)* (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☑ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* TWO
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 2/22/2016

Mark W. Lapham
(TYPE OR PRINT NAME)   ▶ *(signature)*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

BY FAX