Marc J. Randazza, CA Bar No. 269535
D. Gill Sperlein, CA Bar No. 172887
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Plaintiff,*
*Consumer Opinion LLC*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CONSUMER OPINION LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> ZCS, Inc., *et al.* <br><br> Defendants. | Case No. 3:16-cv-06105 <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 21, 2016.    Respectfully Submitted,

**RANDAZZA LEGAL GROUP, PLLC**

/s/ Alex J. Shepard
Marc J. Randazza, CA Bar No. 269535
D. Gill Sperlein, CA Bar No. 172887
Alex J. Shepard, CA Bar No. 295058
4035 S. El Capitan Way
Las Vegas, NV 89147

*Attorneys for Plaintiff,
Consumer Opinion LLC*

Case No. 3:16-cv-06105

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC