UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER OPINION LLC,<br>    Plaintiff,<br>    v.<br>ZCS, INC., *et al.*,<br>    Defendants. | Case No. 16-cv-06105-SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br>Re: Dkt. No. 13 |

Defendant Lapham's motion to dismiss the complaint is scheduled for a hearing on February 24, 2017. Pursuant to Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument, and VACATES the hearing. For the reasons set forth below, the Court DISMISSES this case without prejudice.

On October 21, 2016, plaintiff filed this complaint against numerous defendants, including Mark Lapham as well as "Doe corporations." The complaint alleges that the basis for jurisdiction is diversity jurisdiction. Compl. ¶ 32.

On December 26, 2016, defendant Lapham filed a motion to dismiss contending that the complaint should be dismissed for lack of subject matter jurisdiction, lack of standing, and failure to state a claim upon which relief can be granted. Defendant's motion argues, *inter alia*, that there is no diversity jurisdiction because the inclusion of "Doe corporations" defeats diversity. Dkt. No. 13 at 3 (citing *Garter-Bare Co. v. Munsingwear, Inc.*, 650 F.2d 975, 981 (9th Cir. 1980) (holding district court lacked jurisdiction over state law claim brought against identified diverse defendant and unidentified "Doe" defendants), and *Ningbo Yonglin Light Indus. Co., Ltd. v. Wham-O, Inc.*, C 09-1496 MMC, 2009 WL 2169707, at *1 (N.D. Cal. July 17, 2009) ("the Court at the outset notes that the inclusion of a 'Doe' defendant 'destroys' diversity jurisdiction").

On January 6, 2017, plaintiff filed a "limited opposition" to defendant's motion. Plaintiff states that it has "uncovered additional information related to one of the Doe Defendant entities that, once named, will defeat diversity" and that "inclusion of this Defendant will thus eliminate this Court's subject-matter jurisdiction over this case." Dkt. No. 15 at 1:25-2:2. Plaintiff also states that "[o]nce diversity is defeated, Opinion plans to bring its claims against Defendants in state court." *Id*. at 2:9-10.

In light of the above, the Court finds that it does not have jurisdiction over this case, and accordingly this case is DISMISSED without prejudice.

**IT IS SO ORDERED**.

Dated: January 13, 2017

SUSAN ILLSTON
United States District Judge