UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER OPINION LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ZCS, INC., *et al.*,<br><br>    Defendants. | Case No. 16-cv-06105-SI<br><br>**JUDGMENT** |

The Court has dismissed this case without prejudice for lack of jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 13, 2017

                                      SUSAN ILLSTON
                                      United States District Judge